UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20456-JB

**UNITED STATES OF AMERICA**
            **Plaintiff,**

**vs.**

**ALFRED DAVIS,**
            **Defendant.**
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned counsel hereby moves to withdraw as counsel of record for the defendant, Alfred Davis. As grounds in support thereof the defense would state the following:

1. Mr. Davis was charged by way of indictment with three counts of Wire Fraud, in violation of 18 USC §1343, and two counts of Engaging in Transactions in Criminally Derived Property, in violation of 18 USC §1957.

2. On November 8, 2024, the undersigned entered a notice of appearance in the above case.

3. On February 26, 2025, the Defendant retained new counsel, Brian Kirlew, who entered his notice of appearance [DE 16].

4. On February 27, 2025, a Stipulation for Substitution of Counsel was filed [DE 18].

5. Accordingly, undersigned counsel respectfully requests that this Court permit the undersigned to withdraw.

WHEREFORE, undersigned counsel, Zeljka Bozanic, respectfully requests that this Honorable Court enter an order granting this motion to withdraw as attorney of record for Defendant, Alfred Davis.

## CERTIFICATE OF SERVICE

1

I HEREBY certify that on February 28, 2025, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

Respectfully submitted,

BOZANIC LAW, P.A.
17100 Royal Palm Blvd., Suite 1
Weston, FL 33326
Telephone:     954.920.9750
Facsimile:     954.400.0335
E-Mail: Zeljka@bozaniclaw.com

/s/*Zeljka Bozanic*
By:_____
    Zeljka Bozanic
    Florida Bar No.  23707