UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20456-JB

**UNITED STATES OF AMERICA**
   **Plaintiff,**
vs.

**ALFRED DAVIS,**
   **Defendant.**
_____/

**ORDER GRANTING**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

  This matter having come before this Court on Zeljka Bozanic's Motion to Withdraw as Counsel of Record and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

  ORDERED AND ADJUDGED that said motion is GRANTED. Zeljka Bozanic, Esq. is hereby withdrawn as counsel of record and shall have no further responsibility on the case.

  DONE AND ORDERED in the Southern District of Florida this ____ day of _____ 2025.

                   _____
                   UNITED STATES DISTRICT COURT JUDGE

Cc: All counsel of record