# COURT MINUTES

Page 1

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4         Date: 2/28/25     Time: 10:00 a.m.

Defendant: Alfred Davis           J#: 70485-004   Case #: 24-CR-20456-BECERRA
AUSA: Nalina Sombuntham           Attorney: Brian Kirlew
Violation: Fraud by Wire, Radio, or Television
Proceeding: Motion for Pretrial Release        CJA Appt:
Bond/PTD Held: ☐  ☐        Recommended Bond:                    (mother)   (sister)
Bond Set at: $100,000 PSB            Co-signed by: Cynthia Lewis / Kimberly Davis

- [x] Surrender and/or do not obtain passports/travel docs — *do not obtain new ones*
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [x] Other: *not to take out new lines of credit*

Language: English

Disposition:
Brady Order Given 11/7/24; Arraigned 11/7/24

Motion for release from custody [DE 19] granted. The parties stipulate to $100,000 PSB with 2 cosigners: Cynthia Lewis and Kimberly Davis and special conditions on bond. Defendant released.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:34:45                      Time in Court: 9