✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

ALFRED DAVIS

**EXHIBIT AND WITNESS LIST**

Case Number: 24-CR-20456-JB

| PRESIDING JUDGE<br>Honorable Jacqueline Becerra | PLAINTIFF'S ATTORNEY<br>Jonathan Bailyn | DEFENDANT'S ATTORNEY<br>Brian Kirlew |
|---|---|---|
| TRIAL DATE (S)<br>5/5/2025 | COURT REPORTER | COURTROOM DEPUTY<br>Donna Gay-Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Calvin Young - Contractor |
|  | 2 |  |  |  | Cher Davis - Accountant |
|  | 3 |  |  |  | Jermaine Goodman - Contractor |
|  | 4 |  |  |  | Maurice Symonette - Friend |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages