✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ALFRED DAVIS

## AMENDED EXHIBIT AND WITNESS LIST

Case Number: 24-CR-20456-JB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Jacqueline Becerra | Jonathan Bailyn | Brian Kirlew |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/5/2025 | | Donna Gay-Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | | | | Calvin Young - Contractor |
| | B | | | | Cher Davis - Accountant |
| | C | | | | Jermaine Goodman - Contractor |
| | D | | | | Maurice Symonette - Friend |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages