UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-CR-20456-JB

**UNITED STATES**,

v.

**ALFRED DAVIS,**

   **Defendant**.
   _____/

UNITED STATES' RESPONSE IN OPPPOSITION TO
MOTION FOR CHANGE OF VENUE

The United States of America opposes the defendant's pro se Motion to Change Venue and Amended Motion to Change Venue.  ECF No. 45–46.  The defendant is represented by counsel and therefore may not file pro se motions.  "Whenever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney of such party, and to the opposite party." S.D. Fla. L.R. 11(d)(4); *see Ruiz v. Wing*, 991 F.3d 1130, 1144 (11th Cir. 2021) (affirming the striking of pro se motion under S.D. Fla. L.R. 11(d)(4) where the party was represented by counsel).

   A judge in this district has recently made the defendant aware of this rule.  *See* Order Denying Defendant's Motion for Audio or Video, *United States v. Alfred Davis*, Case No. 24-20051-CR-MARTINEZ (S.D. Fla. April 8, 2025) (denying the defendant's *pro se* motion because his "attempt to file a *pro se* motion is in violation of the Local Rules.").

   That the motion is also incoherent is beside the point.  It violates the local rules and should be summarily stricken or denied.

-2-

          Respectfully submitted,

          HAYDEN P. O'BYRNE
          UNITED STATES ATTORNEY

BY:   /s/ Jonathan Bailyn
          Jonathan R. Bailyn, AUSA
          Court ID No. A5502602
          500 South Australian Ave, 4th Floor
          West Palm Beach, Florida 33401
          Phone: (561) 209-1050
          jonathan.bailyn@usdoj.gov