UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED BY_____D.C.

   MAY 1 3 2025

   ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
   S. D. OF FLA. - MIAMI
```

UNITED STATES OF AMERICA

Plaintiff

CASE NO: 24-CR-20456-JB

V.

ALFRED DAVIS
Defendants,

## MOTION AND SWORN OATH FOR RELIEF OF ORDERS AND DEMAND FOR JUDGE BECERRA TO DISQUALIFY HERSELF AND VACATE ALL HER ORDERS CONCERNING THIS CASE AND MEMORANDUM OF LAW

### *WE DEMAND THAT BECAUSE YOU HAVE A $150,000 CRIMINAL CONFLICT OF INTEREST WITH U.S. BANK AS WRITTEN ON YOUR AFFIDAVIT FINANCIAL DISCLOSURE   STATEMENTS.*

And as is written that Judges SHALL disqualify themselves from a case where they have a Money Conflict of

Interest, 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d) and 28 U.S.C 454 which prohibits Judges from engaging

in the Practice of law is hereby on notice that you the Judge in this Case are hereby disqualified from this Case

and if you don't it is a Violation of your Oath of Office 5 U.S.C. 3331 and Misprision of Felony 18 U.S.C. 4.

For Conflict of Interest committed against the U.S. the penalty is Treason 18 U.S.C. SS2381.

ANDYOU JUDGE BECERRA, U.S. ATTORNEY GENERAL MARKENZY LAPOINTE AND U.S. ATTORNEY JONATHAN
BAILYN ARE ACTING IN VIOLATION OF PRESIDENT TRUMP'S EXECUTIVE ORDER Section 301 OF TITLE 3 OF UNITED
STATES CODE   ENDING WEAPONIZATION OF THE FEDERAL GOVERNMENT (EXH. ZZZZ) WHEREAS, THE
GOVERNMENT AGENTS AND OR OFFICERS HAVE WEAPONIZED THE LAW AND USED IT TO CAUSE HARM AND
DETRIMENT TO WE THE PEOPLE **BLACKS FOR TRUMP!** They said they were  investigating us for the
Jan.6[th] Insurrection Case they FBI Agent Adam Weinstein called and said to Micahiel Nichloson
who answered the phone and said he was Adam Weinstein from the FBI and I am investigating
the Jan.6[th] Insurrection incident and then they ask to speak to Michael AKA Maurice Symonette
the FBI Agent Weinstein said to Maurice Symonette said that he was investigating the Jan.6[th]
Case for Insurrection and asked me did me and the Brothers go into the U.S. Capital Exh.(AA)

and Exh.(BB), Then the FBI Agent Adam Weinstein went to Alfred Davis's office and asked Alfred Davis did he know who these people were in the pictures of this book then he showed him a book with pictures of the Blacks For Trump brothers Maurices Symonette Enrique Tarrio and the proud boys, (Exh.CC) but Alfred Davis wouldn't talk to them and said speak to his Lawyer, Then FBI Agent Weinstein Arrested him on a state charge of counterfeit access Machine and when the Brothers and sister went to Court for Alfred Davis they would not let us wear our Blacks For Trump T-shirts even though other

*1.* Judges said we could wear it in the Court room On 05/06/2025, I was forced to trial for Counterfeit Access Device, and found  guilty but coconspirator *Judge Martinez exclaimed in court that he Disagreed with the Jury and didn't remand AD to Jail as requested by Prosecutor Jonathan Bailyn Judge said I'm doing my own with no evidence I'm doing my own Directed Verdict on July,11th 2024, and leaving Alfred Davis out on Bond because the Prosecutor did not PROVE their Case, brought no evidence (Counterfeit Device Machine) and no Witness pointed out Alfred Davis for anything!* All in violation of

## 2. *TRUMPS EXECUTIVE ORDER SECTION 301 OF TITLE 3 UNITED STATES CODE*

*And now FBI Agent Adam Weinstein is hiding from Trump because Trump Ordered all FBI Agents who worked on the Insurrection Case Fired and so now Maurice Symonette is a Whistleblower on him. Because Trump ordered all FBI Agents that had anything to do with the jan.6th Insurrection Case be Fired. (Exh.DD). And yet FBI Agent Adam Weinstein is still working on this case he stemmed from the Jan.6th Insurrection Case in Violation of Trumps Executive Order which is Treason.*

Florida Constitution article1 Section 20. Transcript  is supposed to be available the next day but it is still not on the docket to view Griffith v. Illinois. Alfred Davis NOW (AD) fired his Lawyer, then his fired Lawyer came back in COURT without AD's Permission to help coerce AD into pleading Guilty,  even though he hired another Attorney Nashid Sabir The case was unsealed on 01/24/24and on 02/24/24 the unsealed indictment was put on the Record. Pursuant to 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d). No Justice, Judge or Magistrate d-(e) FCRP rule 60 relief of Judgement of your Order and to vacate YOUR Order and must Federal rules of Civil Procedure rule 17 section 53 of the first Judiciary act of 1979 common law of lawyer Article 3 U.S. Constitution sec.2 clause 1 it is mandatory by federal law that you Recuse yourself from this Case because you have a criminal Conflict of Interest.  Because all the Judges must disqualify themselves in the following circumstances where they have a

Any Federal agent that works for the government that takes money has a Conflict of interest in a Case In that law it says you are connected and an affiliated bank, Bank of America is US Bank See Exh.(B) You are in violation of Federal Code 18 U.S.C 912 you are in a Conspiracy with Jonathan Bailyn and Markenzy Lapointe and all these other judges who have Conflicts of interest. Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Defendant Alfred Davis hereby files this Motion for Relief & DISQUALIFY and Supporting Memorandum regarding the Nov.7th, 2024 Judge Jaqueline Becerra review of the record and Final Judgement Order, Exh.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exh. B)  Attached-U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Jaqueline Becerra Financial Interests & Property Disclosures).


***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*** 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d).


Judge Jaqueline Becerra must Recuse herself for an open obvious Conflict of Interest because she's doing business with Bank of America and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but to make her and them money Illegally.

Here's proof. Becerra must Disqualify herself because the Docket on the third line on Alfred Davis's Drivers License Case says that she was the Magistrate Judge on this Case that she sealed the Case# 24-cr-20051-JEM Exh. R. 28 U.S.C. SS 455 (b)(1) See docket line 3 where Judge Becerra was the acting Magistrate on the Case and signed an Order to Seal the Case. And A Judge Shall also disqualify himself in the following Circumstances: Where he has a Personal Bias or Prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding; 28 U.S.C. SS 455 (b)(1)

Alfred Davis is acting Pro-Se because AD FIRED BRIAN KIRLEW as his ATTY (EXH.ZZ). And Brian Kirlew knew he was fired because he text AD a letter saying that he understood that he was fired and that his assistance was no longer needed and even said Ad has a Constitutional right to the Lawyer of his choice or to represent yourself so there is no hard feelings here (EE) WHO ACTUALLY SHOWED UP TO COURT UN INVITED TO TALK AD into taking the Plea with the threat of the Judge having the jury outside the Courtroom ready to try the Case that day and they told AD that he could not have HIS WITNESSES TESTIFY AND COULD NOT USE THE NEW ATTY. HE CHOOSE (NASHID SABIR) NOT BRIAN WHO THE JUDGE FORCED AD TO KEEP AS HIS ATTY. THIS IS COERSIAN IN UTTMOST ABSOLUTLEY WICKED JUDGE BECERRA WOULD NOT GIVE AD A CONTINUANCE TO PREPARE LIKE SHE DID IN OTHER WHITE PEOPLE'S CASES LIKE HER TRIAL CASE   VS THE UNITED STATES THIS IS TOTAL SICK DISCRIMINATION (EXH.ZZZ), ESPECIALLY WHEN SHE READ THE MOTION TO DISMISS BY ATTY. NASHID SABIR THAT SHOWS THAT  THE SUPREME COURT SAYS IT'S ILLEGAL TO SAY THERE IS NO MORTGAGE ON PROPERTY AS LONG AS YOU SAID IT BEFORE IT WAS RECORDED ON BOTH PRIVATE BANKS FIGGURE BANK AND LOWER LLC, FL. STAT. SS695.01 AND THE SUPPREME SAYS THAT MISLEADING A BANK IS NOT ILLEGAL TO MISLEAD BANKS, 18 USC SS 1014 AND US SUPPREME COURT THOMPSON V UNITED STATES AND THE JUDGE KNOWS THAT THE GOV. CANNOT PROSECUTE FOR PRIVATE LENDERS THEY MUST DO THEIR OWN DUE DILLIGENCE AND THAT'S CIVIL. 18 USC SS 1344 AND THE JUDGE

KNOWS THAT THE PROSECUTOR HAS NO PROBABABLE CAUSE TO SEARCH AD'S EMAIL  ESPECIALLY

US BANK'S BECAUSE THERE WAS NO COMPLAINT FROM US BANK BECAUSE THEY NEVER LOANED AD

ANY MONEY AND THE PROSECUTOR HAS NO GRAND JURY WARRANT TO HAVE AD'S EMAIL SEARCHED

AND THEY HAVE NO GRAND JURY SIGNED INDICTMENT  AND NOT HAVING THE GRAND JURY

WARRANT OR THE GRAND JURY INDICTMENT OR GRAND JURY MINUTES WHICH VOIDS THE WHOLE

CASE, FED. RULES OF CIVIL PROCEDURE RULE 6 AND 7. IT CANNOT JUST BE SIGNED BY THE ATTY. GEN

MARKENZY LAPOINTE WHO HAS 2 MILL. IN MORTGAGES WITH US BANK AND 615,000 DOLLARS IN

CASH FROM US BANK, EXH. Y AND BAILYN OUT OF 380 PROSECUTORS AND PUBLIC DEFENDERS IN

FLORIDA JONATHAN BAILYN FROM 2020 TO NOW IS THE ONLY US ATTORNEY THAT DOESN'T HAVE

THE FINANCIAL AFFIDAVIT REQUIRED BY THE FED. GOV. SO THEY MUST BOTH DISQUALIFY OFF THE

CASE NOW ALL MUST BE CHARGED WITH MISPRISSION OF FELLONY AND A VIOLATION OF THEIR

OATH WHICH IS TREASON. ALSO NEITHER LAPOINTE NOR BAILYN ARE SIGNED  AS A FOREIGN AGENT

WITH  F. A. R. A. ESPECIALLY  BECAUSE US BANK FOREIGNLY OWNED BY CHINA, EXH. Z.. SO JUDGE

BECERRA LIKE THEM HAS A SERIOUS CONFLICT OF INTEREST. Here in her Affidavit she states I Judge

Jaqueline Becerra, that Bank Of America on her  Full and Public Disclosure Of Financial Interests is a

Bank doing Business with US Bank because she's doing business with US BANK and helping them to

make money so that she can make money by foreclosing and taking our property while acting as the

Judge to take the property not on his Merits but for to make him and them money Illegally.  Here's

proof that , Judge Jaqueline Becerra is doing business with Bank of America as seen in her FINANCIAL

AFFIDAVIT  page 4 lines 2  in the amount of $100,000 EXh. A. Which is US Bancorp Exh. B pg.1 and

pg.2 because both banks have Shares with Ally Financial according to Fintel's stock chart. She also has

a Conflict of Interest with American Express which is U.S. Bank in the amount of $50,000 on line 10,.

Which is a major Conflict of Interest. Who she has ruled in favor of, EXH. plea That is a Conflict of

Interest against AD and there's more. I have found that our case was directed to her in this Pool, So

she must disqualify and recuse herself and vacate his Orders, Exhibit, G. So Judge Jaqueline Becerra

you must Recuse YOUR SELF and VACATE YOUR ORDER against AD, EXH. I. Maurice Symonette has a

hon. Doctorate Degree as a Minster to AD, Exh.S, and as a next friend,  FED. RULES OF CIVIL

PROCEDURE 17 and 17(c) and BECAUSE THE ILLEGAL Prosecutors are investigating and going after ME

MAURICE SYMONETTE so as an interested  party does file this motion to DISQUALIFY JUDGE BECERRA,

28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d).

## FACTUAL BACKGROUND

I. On <u>MAY 5TH 2025</u>  Judge Jacqueline Becerra issued an illegally coerced final PLEA against Defendant Alfred Davis

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 24-CR-

20456–JB-11 where US BANK also on <u>May 5thth, 2025,</u> Judge Jaqueline Becerra issued a Judgment order acting  as

a quasi-defense attorney for US BANK YOUR  personal investment Partner to make money together. Plaintiff

ALFRED DAVIS has now subsequently provided the United States Department of Justice (DOJ) on <u>specific</u>

<u>newly discovered whistle blower information </u>and records regarding millions of dollars in exposed fraudulent

Prosecution claims made by the Defendants US BANK, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM  OF LAW

The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and

Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor

with requirement of Jaqueline Becerra Recusal based on exposed financial conflicts of interests <u>Fla.</u>

<u>Stat. 112.312 (8)(9).</u>

*Rule 2.160 (H) and FRCP Rule 60, relief from .Judgment Or Order. and to vacate Order .*

*Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party*

A Judge is expected to Recuse herself according to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E(1) and § 455(b), a judge is expected to disqualify herself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendant, due to cited improper financial conflicts of interest, Judge Jaqueline Becerra Is incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case. Judge Jaqueline Becerra has creditor loan history and business with U.S. BANK that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final PLEA  Order.</u> Judge Jaqueline Becerra has significant exposed investor financial interests in the subject matter in controversy and with Defendants US BANK that will be substantially negatively affected by the outcome of that proceedings when the Plaintiff "ultimately  prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey! Example of Judges who already recused themselves BECAUSE OF  US BANK MONEY CONFLICT OF INTEREST. 131 FEDERAL JUDGES FOUND GUILTY OF  MONEY CONFLICT OF INTEREST GOGGLE NY TIMES

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.


3. **JUDGES WITH A CONFLICT OF INTEREST FROM DEUTSCHE BANK WITH  US  BANK AGAINST ALFRED DAVIS FOR US BANK FOR THESE EXHIBITS SEE GODS2.COM #1B SEE EXHIBITS FROM SARA ZABEL TO SANCHEZ**

1. SARAH I. ZABEL 4/7/09-------------------------------------------------made 9 Million from US BANK

2. VALERIE MANNO SCHURR 1/21/22--------------------made almost 12 Million from US BANK

3. JOHN SCHLESINGER 12/19/2017-----------------------made almost 29 Million from US BANK

4. SAMANTHA RUIZ COHEN 5/12/2021------------------------made over 2 Million from US BANK

5. MIGUEL DE LA O 1/9/2019----------------------------------made almost 1Million from US BANK

6. VERONICA DIAZ 6/2/2020----------------------------------made almost ½ Million from US BANK

7. VIVIANNE DEL RIO 5/4/2022-------------------------------made almost 2 Million from US BANK

**CLERK OF THE COURTS HARVEY RUVIN AND JUAN FERNANDEZ-BARQUIN**

5. CLERK HARVEY RUVIN------------------------------------------------made $315,000 from US BANK

6. CLERK JUAN FERNANDEZ-BARQUIN------------------------------made $635,000 from US BANK

**APPELLATE JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK N. A.**

1. BROWNWYN C. MILLER-------------------------------------------------made $95,000 from US BANK

2. KEVIN MICHAEL EMAS-------------------------------------------------made $225,310 from US BANK

3. EDWIN SCALES-----------------------------------------------------------made $22,543 from US BANK

**DADE FEDERAL DISTRICT JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK**

4. FEDERAL JUDGE RODOLFO RUIZ--------------------------------------made $250,000 from US BANK

5. FEDERAL JUDGE JOSE MARTINEZ-------------------------------------made $250,000 from US BANK

6. BANKRUPTCY JUDGE LAUREL ISICOFF——------------------------made $15,000 from US BANK

7. FEDERAL MAGISTRATE EDUARDO SANCHEZ---------------------made $250,000 from US BANK

REQUIRED RELIEF

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from ALL ORDERS_based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Jaqueline Becerra from this and any future related US BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action and allow the filing of the Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed by Atty. NASHID SABIR

**WE HAVE SEVEN JUDGES WHO RECUSED THEMSELVES OFF OF THIS CASE FOR BIT MONEY CONFLICTS See Exhs. U-ZZZ**

131 Federal Judges have been found Guilty of Conflict of Interest and the most one made was $100,000.00 here in this one case we have seven Judges who Recused themselves from makin millions of dollars from U.S. Bank one Judge made 28 million named John Schlesinger, Judge Valerie Manno Schurr made 11 million, Magistrate Judge Sanchez made $250,000, Judge Martinez made $250,000 from U.S. Bank and you Judge Becerra you said you made $150,000 fearlessly and you have knowledge of this case in violation of 28 USC ss455 (b)(1) and you're a Democrat going against Blacks For Trump to destroy them without a cause inviolation of President Trumps Exectuive Order Your have a Horriying Conflict of Intertest and you are disqualified from this Case

CC; President Trump

CC: Kash Patel

CC :Bongino

CC Pam Bondi

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of May.,2025 a true and correct copy of the foregoing was provided via this Court's filing system to the attorneys of record.

I HEREBY CERTIFY that on 12th day of May.,2025 a true and correct copy of the foregoing was provided via this Court's filing system to the attorneys of record.


SWORN OATH AS A NEXT FRIEND, ALFRED DAVIS MINISTER AND BECAUSE I HAVE AN INTEREST IN THIS CASE THE PROSECUTOR MENTIONED THAT MY COMPANY IN THIS CASE IS UNDER INVESTIGATION.

MAURICE SYMONETTE

15020 S. RIVER DR.

MIAMI FL. 33167

**Exh. A**

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 6 | Becerra, Jacqueline | 02/15/2024 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 13141 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jacqueline Becerra**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 13106)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544

Exh.A

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 6 | Becerra, Jacqueline | 02/15/2024 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 45 of the filing instructions.

# FINANCIAL DISCLOSURE REPORT
Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Becerra, Jacqueline | 02/15/2024 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | L | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. Brighthouse 6 Year Shield 15 S&P 500 Index Level Annuity (fixed) | | None | N | T | | | | | |
| 5. Brighthouse 6 Year Shield 25 S&P 500 Index Level Annuity (fixed) | | None | N | T | | | | | |
| 6. Account #2 (H) | | | | | | | | | |
| 7. American Funds - The Income Fund of America 529A (CIMAX) | A | Dividend | J | T | | | | | |
| 8. American Funds - The Income Fund of America 529F2 (FAIFX) | C | Dividend | L | T | | | | | |
| 9. Account #3 (H) | | | | | | | | | |
| 10. American Funds - The Income Fund of America-A (AMECX) | B | Dividend | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**Exh. 5A**

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 6 | Becerra, Jacqueline | 02/15/2024 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2023 | St. Thomas University/Benjamin L. Crump College of Law (teaching stipend) | $6,666.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**Exh. A**

| FINANCIAL DISCLOSURE REPORT<br>Page 3 of 6 | Name of Person Reporting<br><br>Becerra, Jacqueline | Date of Report<br><br>02/15/2024 |
|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | credit card | K |
| 2. American Express | credit card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| AO 10 Rev. 3/2023 | **FINANCIAL DISCLOSURE REPORT** **Exh.A** **FOR CALENDAR YEAR 2023** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 13101-13111)* |

| 1. Person Reporting (last name, first, middle initial) Becerra, Jacqueline | 2. Court or Organization United States District Court - Southern District of Florida | 3. Date of Report 02/15/2024 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge (FT) | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2023 to 12/31/2023 |

| 7. Chambers or Office Address James Lawrence King Federal Justice Building 99 N.E. Fourth Street Miami, FL 33132 |
| --- |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Adjunct Professor | St. Thomas University/Benjamin L. Crump College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

(handled? was 4/1 of clause with
(shown on fintel chart)

Exh.B
pg.2

| File Date | Source | Investor | Type | Avg Price (Est) | Shares | Δ Shares (%) | Reported Value ($1000) | Δ Value (%) | Port Alloc (%) |
|---|---|---|---|---|---|---|---|---|---|
| 2025-02-14 | 13F | Burling Wealth Partners, Llc | | 🔒 | 4,433 | | 212 | | 🔒 |
| 2025-02-14 | 13F | Itau Unibanco Holding S.A. | | 🔒 | 2,500 | | 121 | | 🔒 |
| 2025-02-14 | 13F | Gen-Wealth Partners Inc | | 🔒 | 2,050 | -12.51 | 98 | -14.04 | 🔒 |
| 2025-02-14 | 13F | Profund Advisors Llc | | 🔒 | 28,788 | -4.41 | 1,377 | -0.07 | 🔒 |
| 2025-02-14 | 13F | Colonial Trust Co / SC | | 🔒 | 3,042 | 49.85 | 145 | 57.61 | 🔒 |
| 2025-02-14 | 13F | Hillman Capital Management, Inc. | | 🔒 | 118,317 | -27.31 | 5,659 | -23.97 | 🔒 |
| 2025-02-14 | 13F | EP Wealth Advisors, Inc. | | 🔒 | 100,020 | 0.90 | 4,784 | 5.52 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | Call | 🔒 | 184,200 | -41.52 | 8,810 | -38.84 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | | 🔒 | 1,157,770 | -33.48 | 55,376 | -30.42 | 🔒 |
| 2025-02-14 | 13F | First Long Island Investors, LLC | | 🔒 | 339,451 | 0.18 | 16,236 | 4.78 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | Put | 🔒 | 222,300 | 30.76 | 10,633 | 36.76 | 🔒 |
| 2025-02-14 | 13F | New England Asset Management Inc | | 🔒 | 165,015 | -12.41 | 7,893 | -8.39 | 🔒 |
| 2025-02-14 | 13F | Janus Henderson Group Plc | | 🔒 | 828,111 | -2.08 | 39,626 | 2.47 | 🔒 |
| 2025-02-14 | 13F | Ancora Advisors, LLC | | 🔒 | 41,774 | -29.40 | 1,998 | -26.14 | 🔒 |
| 2025-02-14 | 13F | Capstone Investment Advisors, Llc | Call | 🔒 | 61,700 | 13.42 | 2,951 | 18.66 | 🔒 |
| 2025-02-14 | 13F | Voya Financial Advisors, Inc. | | 🔒 | 6,985 | -16.50 | 337 | -11.32 | 🔒 |
| 2025-02-14 | 13F | Davis Asset Management, L.P. | | 🔒 | 600,000 | -25.00 | 28,698 | -21.56 | 🔒 |
| 2025-02-14 | 13F | Visionary Wealth Advisors | | 🔒 | 16,637 | -14.70 | 796 | -10.77 | 🔒 |
| 2025-02-14 | 13F | Accredited Wealth Management, LLC | | 🔒 | 1,445 | | 70 | | 🔒 |
| 2025-02-13 | 13F | Capula Management Ltd | | 🔒 | 0 | -100.00 | 0 | -100.00 | 🔒 |
| 2025-02-13 | 13F | BOS Asset Management, LLC | | 🔒 | 90,543 | -0.59 | 4,331 | 3.96 | 🔒 |
| 2025-02-13 | 13F | Edgar Lomax Co/va | | 🔒 | 235,136 | -1.89 | 11,247 | 2.62 | 🔒 |
| 2025-02-13 | 13F | BI Asset Management Fondsmaeglerselskab A/S | | 🔒 | 77,424 | 50.50 | 4 | 50.00 | 🔒 |
| 2025-02-13 | 13F | Icon Advisers Inc/co | | 🔒 | 300 | | 14 | | 🔒 |
| 2025-02-13 | 13F | Anchor Investment Management, LLC | | 🔒 | 3,200 | 0.00 | 153 | 4.79 | 🔒 |
| 2025-02-13 | 13F | Barclays Plc | | 🔒 | 4,877,408 | -32.33 | 233 | -29.18 | 🔒 |
| 2025-02-13 | 13F | Fairfield, Bush & Co. | | 🔒 | 7,916 | -4.81 | 379 | -0.53 | 🔒 |
| 2025-02-13 | 13F | Bank Of Hawaii | | 🔒 | 22,931 | -0.05 | 1,097 | 4.48 | 🔒 |
| 2025-02-13 | 13F | Ally Financial Inc. | | 🔒 | 81,000 | 0.00 | 3,874 | 4.59 | 🔒 |
| 2025-02-13 | 13F | Marshall Wace, Llp | | 🔒 | 5,789,565 | 414.15 | 276,915 | 437.76 | 🔒 |


**Exh.C pg.1**


american Express and U.S. Bank have ⊗  🎤  📷  🔍      ⚙  ⠿      Sign in

All | News | Images | Short videos | Videos | Forums | Shopping | ⋮ More      Tools

✦ **AI Overview**      Learn more  ⋮

Yes, American Express and U.S. Bank both hold stocks and bonds as part of their investment portfolios. U.S. Bancorp (the parent company of U.S. Bank) has a market cap of $58.91B, while American Express (AXP) is a separate company, as well as American Express Bank and American Express Centurion Bank, which are subsidiaries. 

USB Stock Price | U.S. Bancorp Stock Quote (U.S.: NYSE ...

Show more ⌄


**American Express**
https://www.americanexpress.com › en-us › credit-intel

## Comparing 4 Different Types of Mutual Funds

Jul 5, 2024 — Mutual funds allow investors to pool their money **together** to buy a collection of **stocks**, **bonds**, or other financial securities. Investment ...

( At-A-Glance )  ( What Are Mutual Funds? )  ( Bond Funds Are Fixed Income... )

## People also ask  ⋮

What banks are owned by American Express?  ⌄

Does Amex have bonds?  ⌄

Is American Express a good high yield savings account?  ⌄

Is American Express a US bank?

**Exh.C pg.2**

Feedback



Reddit · r/personalfinance
40+ comments · 2 years ago

## Anyone use American Express High Yield Savings Account?

Their HYSA is great especially if you already **own** their credit cards. It's simple to move money to and from the account and **has** a great rate ...

46 answers · Top answer: I mean, there isn't much to a HYSA where you could have issues. They really j...



Charles Schwab
https://www.schwab.com › credit-cards

## Charles Schwab Cards from American Express

These Cards are issued by American Express National Bank. Schwab and American Express National Bank, have partnered together to create the Schwab Investor Card ...



U.S. Bank
https://www.usbank.com › credit-cards › cash-365-amex...

## U.S. Bank | Cash 365 American Express Card Benefits

With your Cash 365™ **American Express**® Card, you **get** access to presale tickets for concerts, theater, sports and more all year round. Service Benefits. 24/7 ...

| Car Rental Loss And Damage... | Amex Offers | Return Protection |

Missing: ~~bonds~~ | Show results with: bonds



FINVIZ.com
https://finviz.com › news › is-american-express-company...

## Is American Express Company (AXP) the Cheap Blue Chip ...

2 hours ago — In this article, we are going to take a look at where **American Express** Company (NYSE:AXP) stands against other cheap blue chip **stocks** to buy ...



The Motley Fool
https://www.fool.com › how-to-invest › stocks › how-t...

## How to Invest in American Express

Sep 29, 2024 — **American Express** is a blue chip **stock**, and **bank stocks** are safe, although this isn't considered a traditional **bank stock**. With that comes ...



SEC.gov
https://www.sec.gov › Archives › edgar › data

## American Express Company



Exh. 1





# FORM 6    FULL AND PUBLIC DISCLOSURE OF
## FINANCIAL INTERESTS
### 2008

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE
USE ONLY:

JUN 2 6 2009

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL 33130-1731

PROCESSED

ID Code

ID No    210380

Conf. Code

P. Req. Code

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2008 was $ 2,800,357.00.

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominuim / Eagle County Colorado | $ 300,000.00 |
| Bank Accounts, Stocks Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz 350 mL | $ 25,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Former Residence) P.O. Box 900119, Louisville, Ky. | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail property) P.O. Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 | 9,205.00 |
| | Columbus, Ohio 4325-2579 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | |
| | |
| | |

CE FORM 6 - Eff. 1/2009     (Continued on reverse side)     PAGE 1



Exh. G

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

April 1,2010

US Bank ,N.A,
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20??          APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Cc- All parties

STATE OF FLORIDA  COUNTY OF MIAMI-DADE

HARVEY RUVIN

MONIA BRUNO #79???

EXh. H

3

ORDR

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
CIVIL ACTION

US BANK, N.A.,
Plaintiff,

            CASE NO.   2007-12407-CA
vs.             DIVISION   32

SPACE FOR RECORDING PURPOSES FILED

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
         Defendant(s).

_____

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises; it is,

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502





4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property

                LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
                THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
                THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

        5      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

        6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

        DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

**JUN 2 3 2010**

                                        VALERIE R. MANNO SCHURR
                                        Circuit Court Judge

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 - M010502
GMAC-CONV--shoven

                                **VALERIE MANNO SCHURR**
                                **CIRCUIT COURT JUDGE**

Bk 27343 Pg 950 CFN 20100451678 07/06/2010 15:32:32 Pg 2 of 3 Mia-Dade Cty, FL

OCS Search

EXH

5/4/22, 8:41 AM

| | | | | |
|---|---|---|---|---|
| 10/14/2010 | | Motion: | Event | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | Motion to Vacate Dismissal | Event | |
| 08/06/2010 | | Text | Event | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343:0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | Motion: | Event | ATY:00071675 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | Final Disposition Document | Event | |
| 04/07/2010 | 27244:4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | Objection: | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR,..ETC |
| 09/09/2008 | | Notice: | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT,..ETC |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944:0542 | Court Order (Recordable) | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| 09/12/2007 | | Motion: | Event | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | Motion: | Event | ATY:88888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing: | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing: | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

OCS Search                                                                      5/4/22/8:41 AM





MIAMI-DADE COUNTY CLERK OF THE
COURTS
HARVEY RUVIN

Contact Us    My Account



# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

« BACK TO SEARCH

**US BANK (NA) VS WILLIAMS, LEROY**

Local Case Number:   2007-012407-CA-01

Filing Date:   04/26/2007

State Case Number:   132007CA012407000001

Judicial Section:   CA32

Consolidated Case No.:   N/A

Case Type:   z DO NOT USE – Legacy Mortgage Foreclosure

Case Status:   CLOSED

👥 **Parties**                                                    Total Of Parties: 5   ➕

🔧 **Hearing Details**                                            Total Of Hearings: 0   ➕

🔊 **Dockets**                                                    Total Of Dockets: 52   ➖

« BACK TO TOP

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|--------|------|-----------|--------------|------------|----------|
| 1 | 02/04/2022 | | Receipt: | Event | RECEIPT#:2410006 AMT PAID:$6.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUIB |
| 📄 | 01/23/2015 | | Copy of: | Event | OF ORDER OF DISMISSAL |
| 📄 | 04/04/2014 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |

# Exh.✔ pg.2

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Kathleen M. Williams.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

24-cv-23015-Williams/Goodman

**BY ORDER** of the Court this _____15th_____ day of August, 2024.

ANGELA E. NOBLE
Clerk of Court

By:

*Valerie Kemp*

copies provided to:
counsel of record
Clerk of Court



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23015-CV-WILLIAMS**

MACK WELLS, *et al.*,

     Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

     Defendants.

_____/

## <u>ORDER RECUSING JUDGE AND REASSIGNING CASE</u>

    The undersigned District Judge, to whom the above-styled case has been assigned, recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this <u>23rd</u> day of August, 2024.

                               KATHLEEN M. WILLIAMS
                               UNITED STATES DISTRICT JUDGE

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** <u>Sheri Chappell</u>.

    All documents for filing in this case shall carry the following case number and designation: <u>24-23015-CV-Chappell</u>.

    By Order of Court this <u>23</u> day of <u>September</u> 2024.

                                 ANGELA E. NOBLE
                               Court Administrator/Clerk of Court

                  By:       *Valerie Kemp*
                               Deputy Clerk

Filing # 203113881 E-Filed 07/23/2024 10:38:38 AM

**Exh.℞ pg.4**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2024-012330-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MACK WELLS et al**

Plaintiff(s)

vs.

**US BANK NA et al**

Defendant(s)

_____/

## ORDER OF RECUSAL

      **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 23rd day of July, 2024.

2024-012330-CA-01 07-23-2024 10:30 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

**Exh.1 pg.6**

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

GENERAL JURISDICTION

US Bank (na)

Plaintiff,

CASE NO.: 10-61928 CA 01

vs.

Williams, Leroy

Defendant(s),

_____

FILED FOR RECORD
2023 JUN -6 PM 3:50
CIRCUIT COUNTY COURTS
DADE COUNTY, FLA.
CIVIL #15

Transfer Order on Recusal

This matter came before the undersigned Administrative Judge upon the recusal of Division 05. The case has been blind-filed by the Clerk of Court to Division 11 and all further proceedings shall be heard before that judge.

For further information, please visit the following website https://www.jud11.flcourts.org click on Judicial Directory, then the new division judge Carlos Lopez

DONE and ORDERED in Chambers at Miami, Miami-Dade County, Florida, on this ___ day of _____ 202__.

JUN 0 6 2023

ORIGINAL
SIGNED JENNIFER D. BAILEY

Jennifer D. Bailey
Administrative Judge,
Circuit Civil Division

Copies furnished to:

Counsel of record

Filing #.172928996 E-Filed 05/11/2023 11:02:02 AM

 **Exh pg.7**

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
## CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

### ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

    **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.



Exh 3 pg.8

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.

_06F1938-CA-01_ _[signature]_

2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abefleservice@abelegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FL.CourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

2 / 3

Exh.₮ pg.1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 24-cv-23015-DPG

MACK WELLS, *et al.*,

      Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

      Defendants.

_____/

### ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of August, 2024.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** <u>Kathleen M. Williams</u>.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

24-cv-23015-Williams/Goodman

**BY ORDER** of the Court this <u>15th</u> day of August, 2024.

ANGELA E. NOBLE
Clerk of Court

By:

*Valerie Kemp*

copies provided to:
counsel of record
Clerk of Court

*Exh. FF*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CV-23015-RAR

**MACK WELLS**, *et al.*,

     Plaintiffs,

v.

**U.S. BANK N.A.**, *et al.*,

     Defendants.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers

this matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2024.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

*Exh. ZZ*

| Compose | ← Back ◀ ◀◀ → 🗄 Archive 🗂 Move 🗑 Delete ⊘ Spam | ▦ ▦ ▤ ☺ |
|---|---|---|

| | ♡ Termination | bigboss10... /Inbox ☆ |
|---|---|---|

Inbox          313K

Unread

Starred

Drafts          1.7K

Sent

Archive

Spam

Trash

∧ Less

Views          Show

Folders        Hide

+ New Folder

AGA

All CHURCHES

Allen West

ANYSTREET

Array

BANK RATE

Boss Group Ministries

BOSS QUITE TITLES

C-Span CLASSROOM

conservative friends...

Drafts

Ebay + Paypal

FREEDOM JAMBO...

FREEDOMWORKS

GLENN BECK

Hotel Travel

INVEST^MENT

Junk

MAX PC

Michael The Blackman

Notes

Oil - GAS

PC WORLD

Promotions

RADIO WORLD

repblicans

republican

republicans

Ships-Planes -Boat...

STUB HUB

Synced Messages  6

TEA PARTY FT LAU...

TRICIA RAYMOND

---

**Alfred Davis** 🔍

davisalfred2025@gmail.com
+ Add to contacts

---

Ⓐ ⊘ Alfred Davis              🖷     Mon, May 12 at 6:39 AM ☆
   **From:**
   davisalfred2025@gmail.com
   **Bcc:** bigboss1043@yahoo.com

---------- Forwarded message ----------
From: **Alfred Davis** <davisalfred2025@gmail.com>
Date: Thursday, May 1, 2025
Subject: Meeting
To: Kateryn Garcia <kgarcia@kirlewlawfirm.com>

Good afternoon,

I am sending this email to notify you that I am terminated the legal services
that Kirlew law firm and Brian Kirlew was providing for me Alfred Davis on
this day 5/1/2025. Thank you for your assistance with everything.

On Monday, April 28, 2025, Kateryn Garcia <kgarcia@kirlewlawfirm.com>
wrote:
  Hi Alfred,

  I tried calling you, it's 12:30PM.

  *Kateryn Garcia*

  *Office Manager/Paralegal*

  KLF Logo_for email signature_without service

  2103 Coral Way | Suite 306 | Miami, FL 33145

  Tel: 305.521.0484 |Fax: 305.330.5436

  Email: Kgarcia@kirlewlawfirm.c om  |Website: www.kirlewlawfirm.co m

  WARNING: THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL
  TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL, INTENDED
  SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE
  READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE
  HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF
  THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS
  COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY
  EMAIL AND DELETE THIS MESSAGE.  THANK YOU.

  On Mon, Apr 28, 2025 at 8:16 AM Alfred Davis
  <davisalfred2025@gmail.com> wrote:
    Good Morning,

    Is the meeting today 12:30 or 4:30 can you please give me a call to
    confirm.

    Thanks

          ◀   ◀◀   →   •••

Reply, Reply All or Forward

| Complaints | | Disposition |
|---|---|---|
| 18:1708.F: CONSPIRACY TO COMMIT MAIL THEFT | | |

**Plaintiff**
**USA**

represented by **Armando Mendez**
United States Attorney's Office
99 Northeast 4th Street
Miami, FL 33132
(305) 961-9446
Email: armando.mendez@usdoj.gov
*TERMINATED: 02/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Augustin**
DOJ-USAO
99 NE 4th St
Miami, FL 33132
305-961-9777
Email: michael.augustin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Zloch**
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
561-820-8711
Fax: 820-8777
Email: wtzloch@outlook.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2021 | 1 | COMPLAINT as to Oscar Vetta (1), Wendy Morales Fuentes (2), (aw) [1:21-mj-04310-JB] (Entered: 12/09/2021) |
| 12/09/2021 | 4 | Minute Order for proceedings held before Magistrate Judge Jacqueline Becerra. Initial Appearance as to Wendy Morales Fuentes (2) Card sets $100K PSB CO-SIGNED. Date of Location Custody (Arrest or Surrender) 12/8/21 . Arraignment set for 12/30/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Preliminary Examination set for 12/30/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: Joe] Def also for Wendy Morales Fuentes for Criminal CJA representation. Date attorney was appointed CJA: 12/9/21. (Digital 13:42:27:14:24:33-13:07:52) |
| | | It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, is required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential penalty for the defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Jacqueline Becerra on 12/9/2021. (dgg) [1:21-mj-04310-JB] (Entered: 12/10/2021) |
| 12/09/2021 | 5 | $100,000 PSB Bond Entered as to Wendy Morales Fuentes. Approved by Magistrate Judge Jacqueline Becerra. *Please see bond image for conditions of release.* (dd) (Additional attachment(s) added on 12/13/2021: # 1 Restricted Bond with 7th Page) (at) [1:21-mj-04310-JB] (Entered: 12/13/2021) |
| 12/09/2021 | 6 | Unopposed MOTION to Continue Arraignment by Wendy Morales Fuentes. Responses due by 12/30/2021 (Del also, Joel) [1:21-mj-04310-JB] (Entered: 12/16/2021) |
| 12/17/2021 | 8 | PAPERLESS ORDER granting 6 Motion to Continue as to Wendy Morales Fuentes (2) Arraignment set for 1/3/2022 10:00 AM in Miami Division before Ch. Magistrate Judge John J. O'Sullivan. Preliminary Examination set for 1/3/2022 10:00 AM in Miami Division before Ch. Magistrate Judge John J. O'Sullivan. Signed by Ch. Magistrate Judge John J. O'Sullivan on 12/17/2021. (dgg) [1:21-mj-04310-JB] (Entered: 12/17/2021) |
| 12/20/2021 | | Reset Hearings as to Wendy Morales Fuentes: Arraignment reset for 1/3/2022 10:00 AM in Miami Division before MIA Division before MIA Duty Magistrate. (cgl) [1:21-mj-04310-JB] (Entered: 12/20/2021) |
| 12/28/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE Armando Mendez appearing for USA . Attorney Armando Mendez added to party USA(pty: pla). (Mendez, Armando) [1:21-mj-04310-JB] (Entered: 12/28/2021) |
| 12/28/2021 | 9 | Unopposed MOTION to Continue Arraignment and Preliminary Hearings by USA as to Oscar Vetta, Wendy Morales Fuentes. Responses due by 1/11/2022 (Attachments: # 1 Text of Proposed Order)(Mendez, Armando) [1:21-mj-04310-JB] (Entered: 12/28/2021) |
| 12/29/2021 | 11 | NOTICE of Reassignment of Assistant US Attorney. Armando Mendez appearing for USA. Naeza Haye terminated (Mendez, Armando) [1:21-mj-04310-JB] (Entered: 12/29/2021) |
| 12/29/2021 | 12 | Unopposed MOTION to Continue Arraignment and Preliminary Hearings by USA as to Oscar Vetta, Wendy Morales Fuentes. Responses due by 1/12/2022 (Attachments: # 1 Text of Proposed Order)(Mendez, Armando) [1:21-mj-04310-JB] (Entered: 12/29/2021) |
| 12/29/2021 | 13 | PAPERLESS ORDER denying 12 Unopposed Motion to Continue as to Oscar Vetta (1), Wendy Morales Fuentes (2); denying 12 Amended Unopposed Motion to Continue as to Oscar Vetta (1), Wendy Morales Fuentes (2). The Motions fail to adequately explain how the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Signed by Magistrate Judge Chris M. McAliley on 12/29/2021. (mh0) [1:21-mj-04310-JB] (Entered: 12/29/2021) |
| 12/29/2021 | 10 | Unopposed MOTION to Continue Arraignment and Preliminary Hearings by USA as to Oscar Vetta, Wendy Morales Fuentes. Responses due by 1/12/2022 (Attachments: # 1 Text of Proposed Order)(Mendez, Armando) [1:21-mj-04310-JB] (Entered: 12/29/2021) |
| 12/30/2021 | 14 | ORDER granting 14 Motion to Continue Arraignments and Preliminary Hearings as to Oscar Vetta (1), Wendy Morales Fuentes (2). Arraignment and Preliminary Examination reset for 1/6/2022 at 10:00 AM before MIA Duty Magistrate as to Wendy Morales Fuentes., Arraignment and Preliminary Examination reset for 1/7/2022 10:00 AM in Miami Division before MIA Duty Magistrate as to Oscar Vetta. Signed by Magistrate Judge Chris M. McAliley on 12/30/2021. *See attached document for full details.* (aar) [1:21-mj-04310-JB] (Entered: 12/30/2021) |
| 01/06/2022 | 15 | Unopposed MOTION to Continue Arraignment and Preliminary Hearings and to Suspend Speedy Trial Clock by USA as to Oscar Vetta, Wendy Morales Fuentes. Responses due by 1/20/2022 (Attachments: # 1 Text of Proposed Order)(Mendez, Armando) [1:21-mj-04310-JB] (Entered: 01/06/2022) |
| 01/06/2022 | 17 | PAPERLESS ORDER granting 15 Motion to Continue as to Oscar Vetta (1), Wendy Morales Fuentes (2). Arraignment reset for 2/7/2022 10:00 AM in Miami Division before MIA Duty Magistrate. The Court finds that the ends of justice are served by the requested continuance as set forth in 18 U.S.C. § 3161(h)(7)(A) and (B)(xii), and the continuance outweighs the best interest of the public and the defendant in a speedy trial. Speedy trial time excluded 1/7/22 - 2/7/22 as to Oscar Vetta; Speedy trial time excluded 1/6/22 - 2/7/22 as to Wendy Morales Fuentes (2). Signed by Magistrate Judge Alicia M. Otazo-Reyes on 1/6/2022. (is) [1:21-mj-04310-JB] (Entered: 01/06/2022) |
| 01/06/2022 | 16 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Status Conference Re: Preliminary Arraignment as to Wendy Morales Fuentes held on 1/6/2022. Motion to Continue Granted. WAIVER of Preliminary executed. (Preliminary Examination / Arraignment RESET for 2/7/2022 10:00 AM in Miami Division before MIA Duty Magistrate). Spanish Interpreter present. (Digital 10:23:32) Signed by Magistrate Judge Alicia M. Otazo-Reyes on 1/6/2022. (mh0) [1:21-mj-04310-JB] (Entered: 01/06/2022) |
| 01/06/2022 | 18 | WAIVER of Preliminary Examination and Inclusion of Time Under the Speedy Trial Act by Wendy Morales Fuentes. (fb0) [1:21-mj-04310-JB] (Entered: 01/10/2022) |
| 01/13/2022 | 20 | PAPERLESS Order Setting In-Person Show Cause Hearing set Monday 1/31/2022 at 10:00 AM in Miami Division before MIA Duty Magistrate (Magistrate Judge Jacqueline Becerra) as to Wendy Morales Fuentes. Prior to your courthouse visit, please click here to view our COVID-19 Rules and Procedures Signed by Magistrate Judge Jacqueline Becerra on 1/13/2022. (dgg) [1:21-mj-04310-JB] (Entered: 01/13/2022) |
| 01/19/2022 | | SYSTEM ENTRY - Docket Entry 22 inspected/sealed until further notice. (dn) [1:21-mj-04310-JB] (Entered: 01/19/2022) |



IN THE CIRCUIT COURT OF THE
JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. _____-ca1

April 1, 2009

I. S Bank .N.A.
    Plaintiff(s)

vs.

Leroy Williams
    Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that notice prescribed by rule 1.40
Was served on April 11.2008.V2) their was no record activity for the year preceding
Service of the foregoing notice (3) no say has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers in Miami, dade county, Florida this 5th day of
March, 2009

SARAH L ZABEL
Circuit Court Judge

Copies furnished to:
Echeverria, Codilis & Stawiarski
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
*CRC/MISCOMIN-CONV--B-irndle-F07: 1-44