UNITED STATES DISTRICT COURT

OF THE 11TH DISTRICT OF FLORIDA

MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES, | } | Case No.: 24-CR-20456-JB-1 |
| Petitioner, | } | |
| V. | } | |
| ALFRED DAVIS | } | |
| Respondent(s). | } | |

FILED BY_____D.C.
MAY 27 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE FOR PROSECUTOR JONATHAN BAILYN TO PRODUCE A GRAND JURY INDICTMENT, GRAND JURY WARRANT, A LEGAL SEARCH WARRANT, PROOF OF CITIZENSHIP, FINANCIAL DISCLOSURE STATEMENTS.

Comes now Alfred Davis with this Notice For Prosecutor Jonathan Bailyn to produce the documents stated above. A Grand Jury Indictment, Grand Jury Warrant, A legal Search Warrant, Financial Disclosure Statements and Proof of Citizenship, this is a Requirement according to Executive Order 11935 which outlines that only U.S. Citizens and Nationals may be appointed to competitive service Federal jobs. All allegations and accusations against Alfred Davis are void because they don't have a Grand Jury Indictment Or Grand Jury Warrant required by rule (6) and (7) of the Federal Rules of Procedure. All of their allegations and accusations are in violation of Trumps Executive Order Title 3 Section 301, United States Code which Prohibits Weaponizing the law.

_____ Pro Se
MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167
Next Friend

_____
ALFRED DAVIS
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444