UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-20456-JB

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ALFRED DAVIS**,

    Defendant.
_____/

## **ORDER OF RECUSAL**

The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge   RUDOLFO A. RUIZ                                                           .**

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

  24-CR-20456-RUIZ

**BY ORDER** of the Court this   **11th**   day of July, 2025.

ANGELA E. NOBLE
Clerk of Court

By:

*m.nicado*

copies provided to:
counsel of record
Clerk of Court