UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

ALFRED DAVIS AND MAURICE SYMONETTE

Plaintiff

CASE NO: 2024-cr-20456-JB

v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, ET. AL



FILED BY _____ D.C.
JUL 10 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Defendants,

## MOTION TO RECUSE AND DISQUALIFY MARKENZY LAPOINTE AND VACATE THE INDICTMENT BECAUSE ATTORNEY GENERAL MARKENZY LAPOINTE SIGNED WHILE HE HAS A $2MILLION MORTGAGE AND $615,000 CASH GIVEN TO HIM BY US BANK WHICH IS A HORRIFIC CONFLICT OF INTEREST

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Attorney General Markenzy Lapointe 0/13/2023 review of the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit 0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***<u>Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be  questioned  Rule  2.160 (D) (1) grounds to disqualify  is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest!</u>***

**Attorney General Markenzy Lapointe** must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits   for to make him and them money Illegally. Here's proof: **In his 2021 Form 6 Affidavit Oath from Tallahassee called <u>FULL AND PUBLIC DISCLOSURE OF FINANCIAL</u> Says: he got $2million in mortgages and 615,000 in Cash Exh 1.** Doing business with U.S. Bank  which is U.S. Bancorp, Exh.2. **And** U.S. Bancorp is U.S. Bank **Exh. 3..** Which means U.S. Bank is Attorney General Markenzy Lapointe according to Form 6 signed by his Affidavit of Financial interest whole way of wealth making money and partners with him in almost all assets he owns other than his Judge's Salary is U.S. BANK. This is why he has ruled in favor of U.S. BANK to give a date to sale our house 10/16/2023, Exh. 4. WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this cess Pool    all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. 5. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. 6. So as to avoid the Law which says another Judge cannot change another  Judges order in the same Circuit Court so he made the same Order so he could change her own  Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.7. And then received a $2.4 million money asset from Wells Fargo/Wachovia. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.8. And then these wicked Lawyers Foreclose without notice to us and we went through a 10 year fight see the

Docket for the 2010 case which had no notice, no Assignments, no Note and no Mortgage Correctly to U.S. Bank form Axiom Bank see Exh.9. Then Maurice Symonette did a Quite Title suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for Newspaper, Ads and Radio TV Commercials Exh.10. Telling on her and knowing that we have turned her over to the FBI and Attorney General Markenzy Lapointe do as judge Valerie Manno Schurr and Judge Vivianne Del Rio did because he has the same Conflict of Interest. So he must Recuse and Vacate His Orders against us, Exh.11. Exhibit, 12.

## FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr Issued a final Judgment Order Exh. A and then Attorney Hayden Patrick Obyrne against Plaintiff and Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the 05/04/2022 of Attorney Hayden Patrick Obyrne review of the record and Final Judgement for Foreclosure Sale Date Order, Exh. 1. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # 2) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Anuraag Hari Singhal & Property Disclosures). This Motion for Relief by vacating order Judgment Florida Rule 2.! 60 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Samantha Ruiz Cohen was incapable of impartially and without animus

against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Attorney Hayden Patrick Obyrne has creditor loan history and business with Plaintiff U.S. BANK MERS and JP Morgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and Final Judgment Order. Attorney Hayden Patrick Obyrne has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK

1. JUDGE DARRIN P. GAYLES Exhibit, 15.
2. THOMAS WILLIAMS Exhibit, 16.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, 17

**_Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a Conflict of Interest!!!_**

## FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) He shall also disqualify Herself in the following circumstancess.*

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

# CONCLUSION

## Sworn Oath

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

Respectfully Filed,

*[signature]*

Doctorate, Minister Maurice Symonette
Article 3 section 2 Clause 1
Next Friend (F.R.C.P 17 (c) )
15020 S. River Drive
Miami Fl. 33167
786-859-9421

**Exh.I pg.1**

Nominee Report I U.S. Office of Government Ethics; 5 C.F.R. part 2634 I Form Approved: OMB No. (3209-0001) (Updated Nov. 2021)

# Executive Branch Personnel
## Public Financial Disclosure Report (OGE Form 278e)

# $2,000,615 Criminal Conflict of Interest with U.S. BANK

## Filer's Information

LaPointe, Markenzy

United States Attorney, Southern District of Florida, Department of Justice - Executive Office for United States Attorneys

Other Federal Government Positions Held During the Preceding 12 Months:

None

Names of Congressional Committees Considering Nomination:

- Committee on the Judiciary

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

/s/ LaPointe, Markenzy [electronically signed on 06/30/2022 by LaPointe, Markenzy in Integrity.gov]

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below).

/s/ Gary, Arthur E, Certifying Official [electronically signed on 09/22/2022 by Gary, Arthur E in Integrity.gov]

Other review conducted by

/s/ Macklin, Jay, Ethics Official [electronically signed on 09/19/2022 by Macklin, Jay in Integrity.gov]

LaPointe, Markenzy - Page 1

Exh.I pg.2

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|---|---|
| 2.1 | FID GOVT MMKT K6 (FNBXX) | Yes | $250,001 - $500,000 | | None (or less than $201) |
| 3 | Markenzy Lapointe, P.A. - Miami, Florida | No | | | $905,176 |
| 3.1 | Pillsbury Winthrop Shaw Pittman LLP | N/A | | Partnership income | |
| 3.2 | Pillsbury Winthrop Shaw Pittman LLP, capital account | N/A | $15,001 - $50,000 | | None (or less than $201) |
| 3.3 | U.S. bank (cash) | N/A | $250,001 - $500,000 | | None (or less than $201) <-- from U.S. Bank |
| 3.4 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Partnership Share | N/A | $50,001 - $100,000 | | None (or less than $201) |
| 3.5 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Discretionary Bonus | N/A | $50,001 - $100,000 | | None (or less than $201) |

## 3. Filer's Employment Agreements and Arrangements

| # | EMPLOYER OR PARTY | CITY, STATE | STATUS AND TERMS | DATE |
|---|---|---|---|---|
| 1 | Markenzy Lapointe, P.A. | Miami, Florida | Upon receiving the final payment from the firm, Markenzy Lapointe, P.A., my Professional Association (P.A.) will be inactive. | 8/2017 |
| 2 | Boies Schiller Flexner LLP | Miami, Florida | I will continue to participate in this defined contribution plan. The plan sponsor ceased making contributions upon my separation. | 7/2006 |
| 3 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Texas | I will continue to participate in this defined contribution plan. The plan sponsor will not make further contributions after my separation. | 8/2017 |
| 4 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Florida | I will be eligible to receive a bonus at the discretion of the firm management committee, if I am still employed by the firm at the time it is awarded and paid. If I am awarded a bonus, I will receive it by April of 2023. | 8/2017 |

Exh.I pg.3

## 6. (continued)

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT | |
|---|---|---|---|---|---|---|
| 11 | U.S. bank (cash) #1 | N/A | $1,001 - $15,000 | | None (or less than $201) | <--- from US BANK |
| 12 | U.S. bank (cash) #2 | N/A | $50,001 - $100,000 | | None (or less than $201) | <--- from US BANK |
| 13 | Brokerage Account | No | | | | |
| 13.1 | Innerscope Hearing Technologies Inc | N/A | $1,001 - $15,000 | | None (or less than $201) | |

## 7. Transactions

(N/A) - Not required for this type of report

## 8. Liabilities

| # | CREDITOR NAME | TYPE | AMOUNT | YEAR INCURRED | RATE | TERM |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2021 | 2.875 | 30 yrs |
| 2 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2018 | 4.125% | 30 yrs |

U.S. Bancorp

[U.S. bancorp statement image]

WELLS FARGO IS U.S. BANK THAT MARKENZY GOT 2 MILLION IN MORTGAGES FROM A CRIMINAL CONFLICT OF INTEREST.

## 9. Gifts and Travel Reimbursements

(N/A) - Not required for this type of report

LaPointe, Markenzy - Page 8



Exh.3

Log in

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries, U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency

For U.S. Bank:

🏠 Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

| # | Date | Type | Category | Description |
|---|---|---|---|---|
| 408 | 10/26/2023 | Notice of Hearing | Event | NOVEMBER 27, 2023 @ 10:00 AM |
| 407 | 10/26/2023 | Objection to Sale | Event | |
| 406 | 10/26/2023 | Objection | Event | TO FORECLOSURE SALE ADDED TO CO-COUNSEL NASHID SABIR |
| 425 | 10/23/2023 | Receipt | Event | RECEIPT#:2580007 AMT PAID:$144.00 NAME:US BANK COMMENT:COPIES ALLOCATION CODE QUANTITY UNIT AMOUNT 3121-CERTIFIED 9 $2.00 $18.00 3120-COPY 50 $1.00 $50.00 3120-COPY 26 $1.00 $26.00 TENDER TYPE:MASTER CARD TENDER AMT:$144.00 RECEIPT DATE:10/23/2023 REGISTER#:258 CASHIER:GERALDP |
| 404 | 10/23/2023 | Objection to Sale | Event | DEFENDANT'S MOTION ETC.... |
| 403 | 10/19/2023 | Certificate of Sale | Event | |
| 401 | 10/17/2023 | Mortgage Collection Fee | Event | |
| 400 | 10/17/2023 | Mortgage Foreclosure Deposit | Event | RESET FEES ( OCOBER 16, 2023) |
| 399 | 10/17/2023 | Bid Amount | Event | 06/PL/76644/DOC STAMPS. |
| 393 | 10/17/2023 | Receipt | Event | 06/PL/76644 |
| | | | | RECEIPT#:2100006 AMT PAID:$536.80 NAME:BROCK AND SCOTT, PLLC COMMENT:76644 ALLOCATION CODE QUANTITY UNIT AMOUNT 3210-DOC. STAMPS - DEED 1 $486.80 $486.80 3215-JUD ELECTRONIC SAL 1 $70.00 $70.00 TENDER TYPE:CHECK TENDER AMT:$456.80 TENDER TYPE:CHECK TENDER AMT:$70.00 RECEIPT DATE:10/17/2023 REGISTER#:210 CASHIER:DINGUIB |
| 388 | 10/16/2023 | Notice of Filing | Event | BANCKRUPTCY 23-18419-SMG |
| | 10/16/2023 | Mortgage Foreclosure Sale | Hearing | 23-18419 SMG |
| 398 | 10/15/2023 | Notice of Bankruptcy | Event | |
| 397 | 10/15/2023 | Notice | Event | NOTICE OF REMOVAL |
| 396 | 10/15/2023 | Notice of Filing | Event | JUDGE CARLOS LOPEZ'S ORDER |
| 395 | 10/15/2023 | Notice of Filing | Event | NOTICE OF REMOVAL |
| 394 | 10/15/2023 | Notice of Removal to Federal Court | Event | |
| | 1:23cv3255 | | | |
| 386 | 10/14/2023 | Receipt | Event | RECEIPT#:3080036 AMT PAID:$50.00 NAME:KELLEY, JUSTIN JAMES BROCK & SCOTT, PLLC 2001 NW 64TH ST., SUITE 130 FT. LAUDERDALE FL 33309 COMMENT: ALLOCATION CODE QUANTITY |

Exh.4

**Exh.5**

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2008 |
|---|---|---|

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY

Honorable R. Valerie Schurr
Circuit Judge
Judicial Court 11th
Eleventh Judicial Circuit Court
Dade County Courthouse Branch
73 W Flagler St
Miami, FL 33130

PROCESSED

210380

Manno Schurr, Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

### PART A — NET WORTH

Please enter the value of your net worth as of December 31... Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets...

My net worth as of December 31, 2008 was $ 2,800,357.00

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects described above is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000**

| DESCRIPTION OF ASSET (specific description is required — see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami, Dade, private residence | 700,000.00 |
| Home located in Miami, Dade (condo) | 270,000.00 |
| Vail Colorado Condominium / Eagle Point, Vail Colorado | 300,000.00 |
| Bank accounts, stocks, bonds, IRA's, annuities | 100,000.00 |
| Mercedes Benz 380 ML | 25,000.00 |

### PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (condo) Louisville KY | 91,738.00 |
| GMAC Mortgage (Residence) Williamsburg, Horsham PA | 995,542.00 |
| Wells Fargo Home Mortgage, Kincept, Des Moines, Dallas TX | 124,000.00 |
| Huntington National Bank Cleveland OH 153574 | 3,265.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

**Exh.6**

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. [illegible]

April 1, 2010

US Bank, N.A.
  Plaintiff(s)

Vs.

Leroy Williams
  Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution Served on April 11, 2008. The court finds that (1) notice prescribed by rule 1.40 (e) Was served on April 11, 2008, (2) their was no record activity for the year preceding Service of the foregoing notice, (3) no stay has been issued or approved by the court And (4) no party has shown good cause why this action should remain pending Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice DONE AND ORDERED in chambers, at Miami, dade county, Florida this 30th day of March, 2010.

APR 06 20[ ]   APR 06 2010

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

10/22  2/

Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12 47 17 Pg 1 of 1 Mia-Dade Cty. FL

# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS    2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY

**PROCESSED**

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOUSE RM 1105
MIAMI FL 33130

ID No: 210390

Manno Schurr Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2009 or a more current date. Note: Net worth is not calculated by adding the values of your assets and subtracting your liabilities. See the instructions on page 3.

My net worth as of _____ 20___ was $_____

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $_____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000**
DESCRIPTION OF ASSET (specific description is required - see instructions p 4)    VALUE OF ASSET

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000**
NAME AND ADDRESS OF CREDITOR    AMOUNT OF LIABILITY

| | |
|---|---|
| | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE**
NAME AND ADDRESS OF CREDITOR    AMOUNT OF LIABILITY

None

Continued on reverse side

**Exh.8**

IN THE CIRCUIT COURT OF THE
[...] JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. [illegible]

[illegible] Sani [illegible]
   Plaintiff

vs.

[illegible] Williams
   Defendant

---

### ORDER OF DISMISSAL FOR WANT OF PROSECUTION

This cause having come before the Court upon its motion to dismiss for want of prosecution [illegible remainder of paragraph illegible]

Accordingly,

It is ORDERED AND ADJUDGED that the above styled cause of prosecution [illegible]

15020

CFN 2008R0941616
OR Bk 26657 Pg 3525; (1pg)
RECORDED 11/20/2008 09:41:11
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exhibit 6
Exh.9

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, on or before April 19, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC, ("Assignor") whose address is _____

assigned, transferred and conveyed to: U.S. BANK N.A., ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005 and recorded July 29, 2005 in Official Records Book 23623 at Page 3231 of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time; together with the Note and indebtedness secured thereby.

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on October 21, 2008.

Witness
Typed Name: Piggy Hong

Witness
Typed Name: Laurie Kilroy

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC
By: _____
Typed Name: Shirley Eads
Title: VICE PRESIDENT

Attest:
Typed Name: Jeffrey Stephan
Title: Assistant Secretary

(Affix Corporate Seal)

STATE OF Pennsylvania
COUNTY OF Montgomery

BEFORE ME, the undersigned, personally appeared Shirley Eads and Jeffrey Stephan as Vice President and Assistant Secretary respectively, and known to me to be the persons described in and who executed the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this 21st day of October, 2008.

Notary Public: _____
My Commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Turner, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 9, 2011
Member, Pennsylvania Association of Notaries

Recording requested by, prepared by and return to:
Ralph McGrady
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33623-5018
F07012148-GMAC MORTGAGE, LLC-7440163937

FILE_NUMBER: F07012148

*F07012148*

DOC_ID: M001100

*M001100*

APRIL 28 - MAY 4, 2022 | VOLUME 37 | NUMBER 7

MIAMINEWTIMES.COM | BROWARDPALMBEACH.COM | FREE

# MIAMI Ne

All 200+ books banned in Florida and what Miami booksellers have to say about it.

## THE BOOKS THEY BANNED

### BY ALEX DeLUCA





Exh.10 pg.3