

FILED BY _____ D.C.

JUL 30 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          )
     Plaintiff,                  )          Hon. RODOLFO  RODRIGUEZ RR
                                 )
v.                                )          Case No. 1:24-cr-20456-JB-1
                                 )
                                 )          MOTION TO DISMISS ALL COUNTS
ALFRED LENORIS DAVIS,             )
     Defendant.                  )
_____ )

**MOTION TO RECIND AND STOP COERCED MARKED HEARING PLEA**

First this charge goes against President Trump's Direct Executive Order 14147  Section 301 Title 3 U.S. Code Section 1 lines 1-3 and line 8-10 (Exh.A) the Gov. started on this investigation on Blacks for Trump for protesting the Jan.6th insurrection Elections but like they arresting and jailing a person for posting a political meme. And investigating Trump for Insurrection but never charging him with insurrection e.g., President Trump was arrested like Alfred Davis for insurrection but only charged him with a fake Drivers license a State charge but never charged him with Insurrection. But Trump' Order says the Federal Government cannot be weaponized. To go after people for the Jan. 6th Insurrection Or against people who have different political beliefs Which is what they did in the first Case #24-CR-20051-JEM that lead to this Case #24-CR-20456-RAR as spoken by

Prosecutor Jonathan Bailyn, Exh. A2. and in the Transcript pg.13 lines 8-11. And the

FBI AGENT called Micahiel Nichloson to talk Maurice Symonette who told us that

he was investigating the Jan. 6th Insurrection, Exh. A3. and then went to Alfred

Davis's office and said he was investigating the Insurrection case and showed him

a book of pictures with Maurice Symonette's Picture and the brothers and the

Proud Boys in it but Al wouldn't talk to them and wanted his Atty. so they arrested

him but he was only federally charged with a State charge of a fake ID. And by

continuously calling us Insurrectionist and hoodlums in and out of Court while not

allowing us to wear our BLACKS FOR TRUMP T-shirts in Court in the first Case which

all starting with the outlawed Insurrection Case for these cases going back four

years as stated In Violation Trump's Order Exh. A4. A fake lease was created by U.S.

Bank with a Fake signature of Alfred Davis's mother Exh.A5 as the owner of the

Condominium all of which is a lie and Alfred Davis's Lawyer Zeljka Bozanic knew it

but did not use it in Court, the lawyer also knew that a witness was testifying saying

that they did it not Alfred Davis but she would not allow him to testify, she also

didn't allow his family to testify Alfred Davis fired her but without AL'S Permission

she VOLUNTERRED for Al to stay in jail until this new case and when she got upset

she got him a new Lawyer Brian Kirlew who got him out on Bond but the fired Atty

still filed an appeal against Al's will and the Appeals kicked out his Pro. Se Appeal

brief and used hers that she deliberately lost by leaving out the fact that they changed the Transcript by leaving out the Judges statement saying I disagree with the Jury I'm not remanding him to Jail because you guys didn't prove your case, you brought no evidence and no Witnesses said that Alfred gave them the ID Exh. B. And they left out the wherein a Witness stood up and said he did it not Alfred Davis. So Alfred Davis lost the Appeal. Alfred Davis is acting Pro-Se because he FIRED BRIAN KIRLEW as his attorney. Because Alfred Davis knows that KIRLEW is betraying him for the "30 Pieces of JUDAS SILVER", **_EXH.C._** And Brian Kirlew knew he was fired because he received a text message on his phone from Alfred Davis terminating his representation and replied to that TEXT saying that he understood that he was fired and that his assistance was no longer needed. He even said Alfred Davis has a Constitutional right to the Lawyer of his choice or to represent yourself so there is no hard feelings here**_, Exh. (D)_** WHO ACTUALLY SHOWED UP TO COURT UNINVITED TO TALK Alfred Davis into taking the Plea with the threat of the Judge having 50 PEOPLE TO CHOOSE FROM JURY outside the Courtroom ready to try the Case that day. BRIAN KIRLEW CAME UNINVITED and told Alfred Davis that his new attorney NASHID SABIR was weak as an attorney and can't practice in Federal COURT and JUDGE Becerra said that Alfred Davis MUST KEEP HIS FIRED ATTY. BRIAN KIRLEW and the PROSECUTOR told Alfred Davis's new attorney that "Our organization was going

to harm him" (statement directed at ATTY. NASHID SABIR) while the Prosecutor was wearing a big Bullet Proof Vest and told Alfred Davis' Atty. Nashid Sabir that Alfred Davis could not have any Witnesses to force Alfred Davis to take a Plea. Alfred Davis's fired Attorney Zeljka Bozanic didn't bring up the fact that they're accusing Alfred Davis of using a Counter access Device to Stay in a Condo that was being rented out by his mother, wherein he never needed to get a background check but the Attorney's lied and said that he did a background check and needed to show identification to access the Condominium and its amenities such as Fitness room, Swimming pool and tennis court. She was the one that got Brian Kirlew be Alfred Davis's lawyer after she got fired. He went and got Alfred Davis out of jail on bond using Magistrate Judge Eduardo Sanchez as the Judge who has a $250,000 Conflict of interest with U.S. Bank (Exh.E pgs.1-4). All that time Alfred Davis thought he was an appointed Lawyer. But he was just there to get him a Plea deal and Alfred Davis fired him. And he claimed he was being paid by Alfred Davis's girlfriend. But we didn't agree with that Period. We're just glad he got him out of jail. He was only there to get Alfred Davis a Plea deal. And we didn't care who paid him or not, he suddenly appeared.  Zeljka Bozanic also would not let Maurice Symonette Testify for Alfred Davis because she knew that this would help him greatly and show all the good things that Alfred Davis has done and been apart of for many decades. Such

as feeding the community every week at our Boss Group Ministry Jet ski Party, and Hosting the American Gala awards charity event that raises money for Homeless Vets to house them. Zeljka Bozanic, and Fired Attorney Brian Kirlew were in Co-hoots with U.S. Attorney general Markenzy Lapointe and Assistant U.S. Attorney Jonathan Bailyn to Coerce Alfred Davis into taking a Plea Deal. United states senator Atty. Adam Schiff was not charged with Mortgage fraud. He out right lied to the court as was Leticia James. And has not been indicted. But Alfred Davis was charged with Mortgage fraud and indicted. Even the Supreme Court said if you do an application that wasn't on your record you can't call it fraud. You can't charge Alfred Davis With Mortgage fraud with banks who are private lenders wherein Latisha James lied and said she lived in a place where she didn't live but wasn't charged but Alfred Davis was charged.

## **Sworn Oath**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

Respectfully Filed,

Doctorate, Minister Maurice Symonette
Article 3 section 2 Clause 1
Next Friend (F.R.C.P 17 (c) )
15020 S. River Drive
Miami Fl. 33167
786-859-9421

Alfred L. Davis
pro se litigant
627 SouthRidge Rd.
Delray Beach, FL. 33444

**United States District Court**
**Southern District of Florida**

Case Number: 24-20456-CR-JB

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the
Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

X • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF
Case Record in pdf format.

Date: 7 / 30 / 25

**Exh.A pg.1**

By the authority vested in me as President by the Constitution and the laws of the United States of America, and section 301 of title 3, United States Code, it is hereby ordered as follows:

Section 1.  Purpose.  The American people have witnessed the previous administration engage in a systematic campaign against its perceived political opponents, weaponizing the legal force of numerous Federal law enforcement agencies and the Intelligence Community against those perceived political opponents in the form of investigations, prosecutions, civil enforcement actions, and other related actions.  These actions appear oriented more toward inflicting political pain than toward pursuing actual justice or legitimate governmental objectives.  Many of these activities appear to be inconsistent with the Constitution and/or the laws of the United States, including those activities directed at parents protesting at school board meetings, Americans who spoke out against the previous administration's actions, and other Americans who were simply exercising constitutionally protected rights.

The prior administration and allies throughout the country engaged in an unprecedented, third-world weaponization of prosecutorial power to upend the democratic process.  It targeted individuals who voiced opposition to the prior administration's policies with numerous Federal investigations and politically motivated funding revocations, which cost Americans access to needed services.  The Department of Justice even jailed an individual for posting a political meme.  And while the

**Exh.A pg.2**

Department of Justice has ruthlessly prosecuted more than 1,500 individuals associated with January 6, and simultaneously dropped nearly all cases against BLM rioters. Therefore, this order sets forth a process to ensure accountability for the previous administration's weaponization of the Federal Government against the American people.

Sec. 2. Policy. It is the policy of the United States to identify and take appropriate action to correct past misconduct by the Federal Government related to the weaponization of law enforcement and the weaponization of the Intelligence Community.

Sec. 3. Ending the Weaponization of the Federal Government. (a) The Attorney General, in consultation with the heads of all departments and agencies of the United States, shall take appropriate action to review the activities of all departments and agencies exercising civil or criminal enforcement authority of the United States, including, but not limited to, the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, over the last 4 years and identify any instances where a department's or agency's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the Counsel to the President, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.

(b) The Director of National Intelligence, in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order. The term "Intelligence Community" has the meaning given the term in section 3003 of title 50, United States Code.

(c) In furtherance of these policies, departments and agencies are directed to comply with applicable document-retention policies and legal obligations. Instances of noncompliance with document-retention policies or legal obligations will be referred to the Attorney General.

Sec. 4. General Provisions. (a) Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,

  January 20, 2025.

Case 1:24-cr-20456-RAR  Document 91  Entered on FLSD Docket 07/30/2025  Page 11 of 29 (pg.)
Case 1:24-cr-20051-JEM  Document 80  Entered on FLSD Docket 09/16/2024  Page 1 of 29

1

1            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

2                MIAMI DIVISION
        CASE NO. 24-cr-20051-JEM

3

4  UNITED STATES OF AMERICA,      Miami, Florida

5            Plaintiff,     July 11, 2024

6     vs.                 10:43 a.m. - 2:17 p.m.

7  ALFRED LENORIS DAVIS,
                    Pages 1 to 29

8         Defendant.

9         TRANSCRIPT OF SENTENCING HEARING

10     BEFORE THE HONORABLE JOSE E. MARTINEZ
        UNITED STATES DISTRICT JUDGE

11

12  APPEARANCES:

13  FOR THE GOVERNMENT:    JONATHAN BAILYN, ESQ.
                  UNITED STATES ATTORNEY'S OFFICE

14                    99 NE 4th Street
                  Miami, Florida 33132

15

16                    KATIE L. SADLO, ESQ.
                  UNITED STATES ATTORNEY'S OFFICE

17                    500 South Australian Avenue
                  Suite 400
                  West Palm Beach, Florida  33401

18

19  FOR THE DEFENDANT:     ZELJKA BOZANIC, ESQ.
                  BOZANIC LAW, P.A.

20                    17100 Royal Palm Blvd.
                  Suite 1
                  Weston, Florida 33326

21

22                    HUMBERTO DOMINGUEZ, ESQ.
                  LAW OFFICE OF HUMBERTO R. DOMINGUEZ

23                    150 West Flagler Street
                  Suite 2900
                  Miami, Florida 33130

24

25

     STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

13

1          MR. BAILYN:  Your Honor, I --

2          THE COURT:  I mean, you charge him with

3    something where the guidelines are a maximum of eight

4    months.

5          MR. BAILYN:  Your Honor, I understand.

6          THE COURT:  If he's as bad as you say he is, he

7    should be in jail for a long time.

8          MR. BAILYN:  Your Honor, I have open

9    investigations into this defendant.  I am working those

10   cases.  We were looking for the defendant, could not find

11   him because we wanted to talk to him about these things,

12         THE COURT:  He's right there.

13         MR. BAILYN:  Your Honor, now he's there.

14         THE COURT:  He's here.

15         MR. BAILYN:  The reason we charged him, your

16   Honor, was because when we were looking for him he was

17   impossible to find because he was living under a fake

18   alias, which is why this is a significant crime because

19   it impedes law enforcement's ability to track down people

20   when we're trying to investigate them.

21         THE COURT:  All right.  But you take so long to

22   do things that -- I have cases where a person is charged

23   with a crime from six, eight, ten years ago, and they

24   even know they're under investigation, and nothing

25   happens for I don't know how long.  That doesn't make any

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1
2
3
4
5
6

C E R T I F I C A T E

        I certify that the foregoing pages represent a
true and correct transcript of the above-styled
proceedings as reported on the date, time, and location
listed.

7
8
9
10
11
12

        I further certify that I am neither counsel
for, related to, nor employed by any of the parties to
the action in which this hearing was reported, and
further that I am not financially nor otherwise
interested in the outcome of the above-entitled matter.

13
14
15
16
17

<u>DATE: 9/10/24</u>    /s/Mary Ann Casale, RDR, FPR-C, CLR, CSR-IL
                 Official Court Reporter
                 United States District Court
                 Southern District of Florida
                 400 North Miami Avenue
                 Miami, Florida 33128
                 MaryAnn_Casale@flsd.uscourts.gov

18
19
20
21
22
23
24
25

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

# SWORN OATH AND AFFIDAVIT

I MAURICE SYMONETTE heard and Saw Micahiel Nicholson get a call by Cell phone from FBI Agent Adam weinstein and he said this is Adam Weinstein from the FBI and I am Investigating the Jan 6th Insurrection incident and then FBI Agent Adam Weinstein asked to speak with me and he told me that he was investigating the Jan.6th insurrection incident then they asked me did Me and the Blacks for Trump Brother's go inside the U.S. Capitol and I said no, but I did do a Speech on stage outside the Capitol. Then they said there's nothing we can do all we wanted to know is if you went into the Capitol, you said no so there's nothing we can do about that Michael.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

# CERTIFICATION

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 5th day of 2025.

Exh. A3 Pg.2

# SWORN OATH AND AFFIDAVIT

I MICAHIEL NICHLOSON Was Called by Cell phone by FBI Agent Adam weinstein

and he said he was Adam weinstein from the FBI and I am Investigating the Jan 6th

Insurrection incident and then they ask to speak to Michael AKA Maurice

Symonette the FBI Agent Weinstein told him that he was investigating the Jan.6[th]

insurrection incident then they asked Maurice Symonette did he and the Brothers

go inside the U.S. Capitol and Maurice said no, but I did a Speech on stage outside

the Capitol. Then they said there's nothing we can do all we wanted to know is if

you went into the Capitol, you said no so there nothing can do about that Michael.

*Micahiel Nichlason*

MICAHIEL NICHLOSON
15020 S. RIVER DR.
MIAMI FL. 33167

# CERTIFICATION

I Attest to all facts being true and correct to the best of my knowledge in
accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this
5th day of 2025.

*Exh. A4 pg 1*

# **AFFIDAVIT**

I CURTIS MCNEAL am a witness that I and the Brothers were told we could not wear our Blacks For Trump T-shirts before we entered the court room during Alfred Davis's hearing. Because we were under investigation Because they said we were insurrectionist.

## **Sworn Oath**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

CURTIS MCNEAL
15020 S. RIVER DR.
MIAMI FL. 33167

*Exh. A4 pg-2*

# **AFFIDAVIT**

I MICAHIEL NICHLOSON am a witness that I and the Brothers were told we could not wear our Blacks For Trump T-shirts before we entered the court room during Alfred Davis's hearing. Because we were under investigation Because they said we were insurrectionist.

## **Sworn Oath**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

MICAHIEL NICHLOSON
15020 S. RIVER DR.
MIAMI FL. 33167

 *Exh A 4 pg 3*

## **AFFIDAVIT**

I JAMES BUCKMAN am a witness that I and the Brothers were told we could not wear our Blacks For Trump T-shirts before we entered the court room during Alfred Davis's hearing. Because we were under investigation Because they said we were insurrectionist.

## **Sworn Oath**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

JAMES BUCKMAN
5020 S. RIVER DR.
MIAMI FL. 33167

*Exh. A4 pg 4*

# **AFFIDAVIT**

I RICKY WELCH am a witness that I and the Brothers were told we could not wear our Blacks For Trump T-shirts before we entered the court room during Alfred Davis's hearing. Because we were under investigation Because they said we were insurrectionist.

## **Sworn Oath**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

RICKY WELCH
15020 S. RIVER DR.
MIAMI FL. 33167

**Exh.A5**

## APPLICATION TO LEASE

Cynthia Louis                                          phe                    12/26/2022

Christine L Tran

+19549952078   N A                                    mougolbail @ gmail com
                                                       N A

Owner s isting Agent information

                                                       Brianna Reid

17862140845                                            brianna reidrealty @ gmail com

*Christine L Tran*

Exh. B pg.1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION
                CASE NO. 24-cr-20051-JEM
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5                  Plaintiff,        May 15, 2024

 6        vs.                         10:43 a.m. - 2:17 p.m.

 7   ALFRED LENORIS DAVIS,            Volume 2

 8                  Defendant.        Pages 1 to 66

 9

10              TRANSCRIPT OF JURY TRIAL
        BEFORE THE HONORABLE JOSE E. MARTINEZ
11           UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13    FOR THE GOVERNMENT:       JONATHAN BAILYN, ESQ.
                                UNITED STATES ATTORNEY'S OFFICE
14                              99 NE 4th Street
                                Miami, Florida 33132
15
                                KATIE L. SADLO, ESQ.
16                              UNITED STATES ATTORNEY'S OFFICE
                                500 South Australian Avenue
17                              Suite 400
                                West Palm Beach, Florida  33401
18
      FOR THE DEFENDANT:        ZELJKA BOZANIC, ESQ.
19                              BOZANIC LAW, P.A.
                                17100 Royal Palm Blvd.
20                              Suite 1
                                Weston, Florida 33326
21
                                HUMBERTO DOMINGUEZ, ESQ.
22                              LAW OFFICE OF HUMBERTO R. DOMINGUEZ
                                150 West Flagler Street
23                              Suite 2900
                                Miami, Florida 33130
24

25
```

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

Case 1:24-cr-20456-RAR   Document 91   Entered on FLSD Docket 07/30/2025   Page 22 of 28
Case 1:24-cr-20456-RAR   Document 60   Entered on FLSD Docket 05/15/2025   Page 44 of 55
Case 1:24-cr-20051-JEM   Document 62   Entered on FLSD Docket 06/24/2024   Page 64 of 66

Exh. B pg.2

```
1           THE COURT:  I'm not sure.  I think there's
2    enough issue in this case that I think I'll let him out
3    until, at the very least, until sentencing.
4           So I will permit you to remain on bond under
5    the same terms and conditions that you have been up to
6    this time.  But, Mr. Davis, don't let me down because I'm
7    trusting you.  We will talk again.
8           Do we have a date for sentencing?
9           COURTROOM DEPUTY:  Yes, Judge.  The sentencing
10   date is Thursday, July 11th at 11:00 a.m.
11          THE COURT:  All right.  At this point, I'll
12   refer you to the U.S. Probation Office for the
13   preparation of a sentencing memorandum.  And cooperate
14   with them.  They'll tell you where to be.  Failure to
15   show up is a separate crime and a very serious one,
16   sometimes more serious than the underlying crime.  So you
17   must show up at the various times that you're told to.
18          Talk to the probation office people.  Help them
19   prepare your presentence investigation.  And we'll see
20   you back here on Thursday, July 11th --
21          At what time?
22          COURTROOM DEPUTY:  11:00 a.m.
23          THE COURT:  -- 11:00 a.m. here in this courtroom,
24   all right?
25          We will in recess on this matter.  I'll get you
```

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

**Exhibit E pg.3**

FINANCIAL DISCLOSURE REPORT

VII. INVESTMENTS and TRUSTS



WIKIPEDIA
The Free Encyclopedia

# U.S. Bancorp

**Exhibit E pg.4**

**U.S. Bancorp**



U.S. Bancorp (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[6] In 2023 it ranked 149th on the Fortune 500.[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History

The U.S. Bank name first appeared as **United States National Bank of Portland** established in Portland, Oregon in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929,



Corporate headquarters, U.S. Bancorp
Center in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Company type** | Public |
| **Traded as** | NYSE: USB (https://www.nyse.com/quote/X NYS:USB)<br>S&P 100 component<br>S&P 500 component |



Exh. C

previous text. Are you available to
come in today at 2:00 P.M.?

Exh.D

Today 8:58 AM

Alfred, this is Brian Kirlew. I
reviewed your email to Kateryn
discharging our firm from further
representation in this matter. You
have a constitutional right to a
lawyer of your choice, or to
represent yourself for that matter.
There are no hard feelings. We have
nothing but love and appreciation
for you, Elaine, and the entire family.

With that said, however, you cannot
just fire us via email. Another lawyer
needs to enter an appearance, and
we must be substituted. Similar to
what we did with Zeljka. If you have
hired someone, which I believe you
have because another lawyer called
our office late afternoon yesterday,
that lawyer needs to enter an
apperance on your behalf.

If you intend to represent yourself,
Judge Becerra will need to conduct

MACK WILLS AND MAURICE SYMONETTE

Plaintiffs,

CASE: 23-CV-22640-JEM

V.

U.S. BANK NATIONAL ASSOCIATION Et al,.

Defendants.

**Exhibit E pg.1**

MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND
MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 5.1 Plaintiff MACK WILLS hereby files this Motion for Relief & Recusal and Supporting Memorandum attending the June 17, 2025 Plaintiff's Sanchez review of the record and final Judgement Order, Exhibit based on the following facts: new information, just terms, judicial misconduct, fraudulent grounds and undiscovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit "B" Attached U.S. BANK Special Situation Property Funds Account Page 42, I-RS D-1 Filing #16, Sect. Filings- U.S. BANK Florida Subsidiaries Judge Carlos Lopez Financial Interests & Property Disclosures .

***Florida Rule 2.160 (H) Says A Judge may Vacate his order for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3L(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest .***

Judge Eduardo Sanchez must Recuse himself for an open obvious Conflict of Interest because he is
doing business with US Bank and helping them to make money so that he can make money by

**Exhibit E pg.2**

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money illegally. Here's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 14 that he got $250,000.00 with Wells Fargo, Exh. D. Which is First Horizon Bank Exh. E and First Horizon Bank is Suntrust Bank Exh. F. which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H**

Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this same Pool all with the same Conflict of Interest like Judge Valerie Manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the law which says another Judge can't change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N and then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R. as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated FL Rule 2.160 (H)(G) and did not answer their Motion to Recuse Exh U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reinstated back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice Exh. M, I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejud. Ce Exh. X, Y and Z and the 2007-12407-CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same 6 Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly for U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the evil which she had done by taking money $995,000 From GMAC/U.S. Bank to steal our property, even though we were making the payments. This is same Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Carlos Lopez must do because he has