UNITED STATES DISTRICT COURT

OF THE 11TH DISTRICT OF FLORIDA

MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No.: 24-CR-20456-JB |
| Petitioner, | ) | |
| V. | ) | |
| ALFRED DAVIS | ) | |
| Respondent(S) | ) | |

FILED BY_____D.C.

AUG 0 5 2025

ANGELA E. NOBLE
CLERK U.S. DIST CT.
S. D. OF FLA. - MIAMI

## NOTICE FOR PROSECUTOR JONATHAN BAILY TO PRODUCE A GRAND JURY INDICTMENT, GRAND JURY WARRANT, A LEGAL SEARCH WARRANT, PROOF OF CITIZENSHIP, FINANCIAL DISCLOSURE STATEMENTS

Comes now Alfred Davis with this Notice For Prosecutor Jonathan Bailyn to Produce the documents stated above. A Grand Jury Indictment, Grand Jury warrant, a legal search warrant, financial disclosure statements and proof of citizenship, this is a Requirement according to Executive Order 11935 which outlines that only U.S. Citizens and Nationals may be appointed to competitive service Federal jobs. All allegations and accusations against Alfred Davis are void because they don't have a Grand Jury Indictment or Grand Jury Warrant required by rule (6) and (7) of the Federal Rules of Procedure. All of their allegations and accusations are in violation of

Trumps Executive Order Title 3 Section 301, United States Code which Prohibits Weaponizing the law. AND BAILYN, OUT OF 380 PROSECUTORS AND PUBLIC DEFENDERS IN FLORIDA, FROM 2020 TO DATE IS THE ONLY US ATTORNEY THAT DOESN'T HAVE THE FINANCIAL AFFIDAVIT Exh.Ą REQUIRED BY THE FED. GOV. ON FILE, SO THEY MUST BOTH DISQUALIFY OFF THE CASE NOW ALL MUST BE CHARGED WITH MISPRISSION OF FELONY AND A VIOLATION OF THEIR OATH WHICH IS TREASON. (Ethics and Government Act 5 U.S.C. §208 and the regulations at 5 C.F.R. Part 2634 Subpart J, 5 C.F.R. Part 2634 Subpart I, and 5 C.F.R. Part 2634 Subpart H) and we have asked for a Foreign Registration License.

## Oath and Affirmation

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 23RD day of July 2025.

DOCTORATE MINISTER ARTICLE 3 SECTION CLAUSE 1
NEXT FRIEND, MAURICE SYMONETTE
15020 S. RIVER DR
MIAMI FL. 33167
NEXT FRIEND

ALFRED LENORIS DAVIS
PRO SE PETITIONER
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444

Exh. A pg.1

EXHIBIT

# FORM 1

## STATEMENT OF FINANCIAL INTERESTS

2022

FOR OFFICE USE ONLY

*** THIS SECTION MUST BE COMPLETED ***

*Exh. A pg. 2*



# FORM 1
## STATEMENT OF FINANCIAL INTERESTS
### 2022

**FOR OFFICE USE ONLY**

281n38
Stephan Taskowitz
General Employees & Police Officers' Retirement Board
600 S Ocean Blvd
Mandalpun, FL 33482

CHECK ONLY

**DISCLOSURE PERIOD**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022.

**MANNER OF CALCULATING REPORTABLE INTERESTS**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS THAT ARE BASED ON PERCENTAGE VALUES. CHECK THE ONE METHOD YOU ARE USING (check one)

**COMPARATIVE (PERCENTAGE) THRESHOLDS    OR    DOLLAR VALUE THRESHOLDS**

#### ***** THIS SECTION MUST BE COMPLETED *****

**PART A — PRIMARY SOURCES OF INCOME**
(If you have nothing to report, write "none" or "n/a")

**PART B — SECONDARY SOURCES OF INCOME**
(If you have nothing to report, write "none" or "n/a")

**PART C — REAL PROPERTY**

*Exh. A Pg. 3*

**FORM 1**

**STATEMENT OF FINANCIAL INTERESTS**

**2022**

Exh. A Pg. 4

# FORM 1

## STATEMENT OF FINANCIAL INTERESTS

2022

FOR OFFICE USE ONLY

**** THIS SECTION MUST BE COMPLETED ****

DISCLOSURE PERIOD

MANNER OF CALCULATING REPORTABLE INTERESTS

COMPARATIVE (PERCENT AGE) THRESHOLDS ☐    DOLLAR VALUE THRESHOLDS ☑

PART A — PRIMARY SOURCES OF INCOME

| | | |
|---|---|---|
| Social Security Admin | PO Box 9000 Tallahassee Fl 32315 | Retirement Income |
| City of Bushlee | 207 Begonia Dr. Bushlee Fl 33916 | Municipal Services |

PART B — SECONDARY SOURCES OF INCOME

None

PART C — REAL PROPERTY

None