UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

AUG 25 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

Plaintiff

CASE NO: 24-cr-20456-RAR

v.

ALFRED DAVIS.
Defendants,

# MOTION TO TAKE NOTICE THAT A JUDGES ORDER MUST BE SIGNED (RULE 72(a)) AND SEALED BY THE CLERK (28 U.S.C. SS 1691)

Comes now Alfred Davis with this Motion to take notice that all Orders must be written, signed (Rule 72(a)) and sealed by the Clerk (28 U.S.C. SS 1691). in order for it to be a valid and enforceable Court Order. A judges signature serves as the official approval and acknowledgement that the document has been reviewed, approved, and issued by the court. Until signed and officially entered into the court's record by the Clerk, the Judge retains discretion to change their ruling, and the Order remains Unenforceable. There's no such thing as a Paperless Order. The Court Order must be Written Order not paperless, Rule 72(a). So this means that the paperless Orders put on the Docket by the Judge are invalid and also fraudulent and cannot be enforced.

## AFFIDAVIT

I Attest and Swear to all these facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 15th day of August 2025.

ALFRED LENORIS DAVIS
PRO SE PETITIONE
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444