UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

Plaintiff

CASE NO: 24-CR-20456-RAR

v.

ALFRED DAVIS
Defendants,

**VERIFIED NOTICE OF AFFIDAVIT AND VERIFIED AFFIDAVIT IN SUPPORT OF VERIFIED MOTION AND DEMAND FOR IMMEDIATE DISQUALIFICATION OF JUDGE RODOLFO RUIZ UNDER 28 USC SS 144, 455 ON NEWLY DICOVERED EVIDENCE AND VACATION OF ALL ORDERS BECAUSE THEY HAD NO JURISDICTION AND MEMORANDUM OF LAW**
MOTION TO RECONCIDER
with the CORRECTED AFFDAVIT

Pursuant to Federal Rules of Criminal Procedure 28 USC 144 and 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-

(4)(d) Federal Rules of Civil Procedure Rule 60, Plaintiff ALFRED DAVIS hereby files this Motion for

Relief & Recusal and Supporting Memorandum regarding the _July 31ˢᵗ 2025_ Judge Rodolfo A. Ruiz

review of the record and Final Judgement Order, Exhibit. J. based on the following facts, first as was done in

the indictment in the Drivers Licencse Case # 24-cr-20051-JEM The indictment on the Record line 1 has

in it a verified Affidavit from the FBI Agent or some Officer of which is absolutely Mandatory according

to Federal Rule Criminal Procedure 41 (d) (1) in Order give the Judge Jurisdiction or a signed Indictment

new information, just terms, judicial misconduct, fraudulent grounds and Judge Becerra Recused herself

because she like you Judge Rodolfo she has a Horrific Conflict of Interest in the amount of $150,000, Exh.

Z9. and much much more with US Bank, she had like you Judge RUIZ must Disqualify/Recuse according

to 28 USC SS 144 and 28 U.S.C. SS 455 (C) and 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d). Also you

And now what's funny is that Judge Becerra Recused herself off of this Case #24-cr-20456-JB which is now case #24-cr-20456-RAR Because she was involved with Alfred Davis Counterfeit Access Device Case #24-cr-20051-JEM wherein she as the Magistrate signed an Order to Seal the Case which means she had knowledge of the Case thereby disqualifying her to be the Judge on the this new Fraud Case # 24-cr-20456-JB which is now 24-cr-20456-RAR. And she was the Magistrate of the Notice of Removal Case #23-cv-22640-JEM under Judge Jose Martinez Case #23-cv-22640-JEM on line 2 of the Docket Complaint for the Notice of Removal of the Foreclosure Case concerning U.S. Bank Vs. Mack Wells and Maurice Symonette of our non-profit Boss Group Ministries of the Dade County Case #2010-61928-CA01. Under Judge SPENCER EIG who is a the Judge on the Foreclosure Dade County Case #2010-61928-CA01, and the Judge/Defendant on the Dade County Writ of Replevin Case and Illegally the Lawyer, in Case #24-012330-CA0,  in Violation of  having a Conflict of Interest, 28 USC SS 455, in the Writ of Replevin Case #24-012330-CA01 and in the Notice of Removal of the Writ of Replevin Case that has all the Judge's and the Government Employees commiting Fraud, 24-cv-23015-SC. All these Judges have the same Conflict of Interest, Like Judge Rodolfo A. Ruiz who almost has four million Dollars in Conflict of Interest with U.S. Bank, Exh. Z17. and has a Personal Biased against Maurice Symonette and Alfred Davis the owners of a house that U.S. Bank who tried to illegally Foreclose on our Property commiting lots of Fraud U.S. Bank had a Fake Allonge not signed by it's Presidnt, Vice President or Chief Executive Officer, Exh. Z18. Fl Stat. 692.01 but this ALLONGE was signed by an Assistant Secretary, Exh. Z18. wherein Fl. Stat. says no Secretary let alone an Assistant Secretary can sign an ALLONGE ( which is a Note Assignment), Exh. Z18. in Violation of, Fl. Stat. 692.101 (3) (4). And the ALLONGE also had no printed name under the signature, no Loan Number and no Date on the ALLONGE in Violation of Fl. Stat. 695.26. Exh. Z18. The Mortgage Assignment was from Homecomings Bank, Exh. Z19. But our Original and only Mortgage was from Axiom Bank, Exh. Z20. U.S. Bank created Fraudulent Fake proof of missed Default of Payments from Homecomings Bank to prove that they had the Right to Foreclose, Exh. Z21. But we showed the Courts all of our Varified Receipts through calling Axiom Bank in front of  JUDGE SARA ZABEL that Proved that we were making all the payments on time legally, Exh. Z22. The Case was Dismissed with Prejudice by Judge Sara Zabel, 04/06/2009 see Affidavits, Exh. Z23. Z24, Z25 and Z26, see the Dade County Docket Case #2007-12407-CA01 line dated 04/06/2009 which says Dismissed with PREJUDICE. U.S. Bank who had 30 days to Appeal Fl. According to Florida Rules of Appellate Procedure 9.110. and U.S. BANK never did a notice of Appeal or an Appeal. So they lost an everything done after that was without Jurisdiction. And even the Dismissal Without Prejudice U.S. Bank says they got from the

Judge VALLERIE MANNO SCHURR that Judge said on a Zoom hearing for the that Foreclosure Case she did not sign that Order for Case #2007-12407-CA01, see Gods2.com video C. So now they were the ones who created all the Fake Documents and now they're using their agents to find us as Owners Guilty of what U.S. Bank is Guilty of in Alfred Davis's Fraud Case. Because we had a 500,000 Mortgage but now it's 40,000,000.00 because Gov. DeSantis's Executive Order called the LIV Local Act allows this and all other Properties on this same Lake to build nine houses or 15 stories high to accommodate all of the people moving into Florida. So big developers have been trying to buy this Property. They take this Property through all kind of methods so now they're trying to take this Property through all kinds of tricks. First Foreclosure, Code Enforcement, Fake shootings at the house, see Gods2.com video #11! So now they're trying to take it through this fake Fraud CASE against Alfred Davis and will have a big impact on U.S. Bank by this Conflict of Interest Judge's Rulings and Orders in Favor of U.S. Bank this is why it is Detrimental to the helpless Alfred Davis to have this Judge Rodolfo Ruiz who has a Conflict of Interest with U.S. Bank the potential benefactors of all this land on the water from Governor DeSantis's Executive Order this is a Horrific Conflict of Interest and Judge Rodolfo Ruiz must Recuse and Disqualify himself in accordance with, 28 U.S.C. SS 455 (C), 28 U.S.C. SS 455 (b) (1) and 28 U.S.C SS 455 (111) The outcome of this Case would Substancially Effect the Value of the Interest so this Judge is really Helping the problem that they have U.S. Bank. That's the Biasedness that Judge Rodolfo has with us because when we were fighting the Foreclosure Case within our Federal Writ of Replevin Case he was Assigned to, he Recused himself, 08/15/2024 sighting, 28 U.S.C. SS 455. Conflict of Interest, Exh. Z27. Less than a year ago And nothing has changed so he can't possibly be on this U.S. Bank Case where he also expressed his hatred of us saying he knows us from before and will refer Maurice Symonette to the State Atty. for acting like Attys like what happened before. All this while Alfred Davis's Atty. Brian Kirlew who helped Coerced his own Client Alfred Davis to Plea Guilty completely against his WILL! By trying get him to sign a Plea Deal and telling him that he was paid $30,000. To get him a Plea Deal but Alfred Davis and Maurice knew that Alfred could easily WIN this Case because I did nothing wrong but Atty. Brian Kirlew INSISTED on Alfred Pleaing, so Alfred Fired him Wed. 04/30/2024, Exh. Z28. and Z29. Atty. Brian Kirlew Emailed Alfred back saying I understand so now you do it on your own or get another Atty. Atty. Nashid Sabir talked to Atty. Brian Kirlew who so on that Tuesday telling him he must the then suddenly the Trial Date changed from Wed. 05/07/2025 according to line 39 of the Docket to MONDAY 05/05/2025. Now Judge BECCERA

STARTS THE COERCION by changing The TRIAL on Monday insted of Wed. And giving us no time to prepare giving my new Atty. Nashid Sabir talked to Atty. Brian Kirlew who gave Consent to Nashid Sabir but now on that Monday Brian Kirlew came to Court and told Alfred Davis that the Judge was not going to allow him to use any Witnesses, no evidence for the Trial and then Judge Becerra told Alfred Davis he couldn't use his chosen Attorney and would not hear his motion to Dismiss this Frivolous case and she struck the motion and she struck and Atty. Nashid Sabir's Notice of Appearance. Which then forced Alfred Davis to take an unsigned by Alfred Davis and his Fake forced Atty. Brian Kirlew Plea Agreement which by law must be signed. And then Judge Becerra was caught with a Conflict of Interest, Exh. 31. And now Judge Rodolfo Ruiz who has the same exact Conflict of Interest, but much much more $financially and Biasedly so we are acting to get this Judge to Recuse himself off this Case and quickly free Alfred Davis and Dismiss this Case. Because _ALFRED DAVIS'S LAWYER BRIAN KIRLEW HAS A DISQUALIFYING OVER $10,000 WITH ROCKET MORTGAGE WHO IS U.S. BANK EXH. Z14. AND OVER $10,000 WITH NORTHWESTERN EXH. Z13. SO ALFREDS ATTY, THE JUDGES, AND THE PROSECUTOR IS ALL AGAINST HE DOSE'NT STAND A CHANCE DAMN!_


they are also biased because of we are Blacks For Trump and against Trump on Alligator Alcatraz, and you Recused, Exh. Z12. From our Writ of Replevin Case #24-CV-23015 that's against Florida US Attorney Markenzy Lapointe, US Assistant Attorney General Jonathan Bailyn, Alfred Davis's Atty. Brian Kirlew who also is Disqualified because he has Conflicts of Interest with U.S. BANK through North Western Mutual is Bank of America. Exh. Z13. and Bank of America is U.S. BANK, Exh. B1. and B2. And US Bank who you Judge Rodolfo Ruiz you got a $Conflict with that Case and this new Case #24-cr-20456-RAR. Exh.Z1 (Motion to recuse). There were 3 Federal Judges who Recused themselves on that Case, Judge Darrin P. Gayles, Rodolfo Ruiz and Kathleen Williams because of, 28 USC SS 455 (C), 28 USC SS 144 and 28 USC SS 455 (B) (1). Florida U.S. Atty. Hayden Patrick O'byrne Recused himself off of the case because he has a Terrible Conflict of Interest with U.S. Bank because of personal investment interests on Financial Disclosures of Judges and officers of this Court Exh. B.

Canon 3E (1) A. Judge shall Disqualify himself where impartiality might reasonably be questioned. 28 U.S.C SS 144, 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d) and 28 U.S.C. SS 455 (C). A Court acts without lawful Jurisdiction whether threw lack of subject matter personal glory or constitutional violations its Orders are void In Abnitio and carries no legal force. If Judge Rodolfo continues to issue Rulings after losing Jurisdiction it is not merely mistaken he is Illegally acting under COLOR OF LAW and is subject to direct Civil liability under SS 1983 backed by Black letter Case law and Statutory authority, this Dismantles the myth of absolute Judicial Immunity and affirms a FUNDAMENTAL TRUTH IN LAW: Jurisdiction is everything. When it's gone, so is the Courts Power to Act. It is Mandatory that Judges Stand Down Immediately under 28 USC SS 144 and 455 once a Verified Motion Affidavit is filed this Constitutes Immediate and Mandatory and Strips the Judge of all. Any continued action by this Judge is Ultra Vires (acting beyond one's legal power or authority) and Void Ab Initio. Once this Motion and Verified Affidavit is filed Jurisdiction is Terminated by Operation of Law. What's more critical is that now that this is filed it is not Optional it is Mandatory, Automatic and Jurisdiction Stricken and this Judge shall proceed no further. The judge has zero Discretion to Weigh Evidence, Debate Facts or Rule on their own BIAS the standard here is objective not what a Judge feels but what a reasonable observer would conclude this applies to personal Bias or Prejudice in that this judge was listed to be a Judge on a case concerning US Bank, Fl General Attorney Markenzy Lapointe, Asssistant US Attorney Jonathan Bailyn who charged me in this Indictment 24-cr-20456-RAR on pg. 4. count 4. and 5. Alfred Davis the purchaser of Cashier's Checks, written from Amerant Bank, payable to Boss Group Ministries in the amount of $35,000 in an account ending in 0406  Alfred Davis, in the approximate amount of $35,000 and $50,000, to Alfred Davis all to Amerant Bank to show why they should Forfeit property owned by Boss Group Ministries whose Vice President is Alfred Davis and Boss Group Ministries Inc. is the owner of the house 15020 S. River Dr. Miami Fl. 33167 which you Judge Rodolfo Ruiz referred to at the hearing on July 31, 2025 in Alfred Davis's hearing where you showed your personal bias against Maurice Symonette President of

Boss Group Ministries and me Alfred Davis the Vice president of Boss Group Ministries. You Recused yourself because you had a Financial Conflict of Interest with US Bank that we did the Writ of Replevin on a Fraudulent Foreclosure US Bank Case for Ownership 24-012330-CA01 and charged Florida US Attorney Markenzy Lapointe, US Bank with a 2 million in Mortgages and $615,000 in CASH Financial Conflict of Interest from U.S. BANK, Exh. I. Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased and in Fl. Statue 112.312 (8) Judge can't have a conflict of Interest And I have other NEWLY DICOVERED EVIDENCE shown to me by the Judge Rodolfo Ruiz himself in the Court hearing when he said that he has been in Cases with Mr. Symonette before saying that Mr. was acting as a Lawyer and some of these Alfred Davis's filings looks like some of Alfred Davis's filings in other cases in this case and other cases that I'm familiar with (in case #24-CV-23015-SC which is the Writ of Replevin case against Judge Jose Martinez, Magistrate Judge Eduardo Sanchez, Assistant U.S. Attorney Jonathan Bailyn, U.S. Attorney General Markenzy Lapointe who had a $2,615,000 Cash Conflict of Interest with U.S. Bank all concerning Boss Group Ministries ownership of the Waterfront Property at 15020 S. River Dr. Miami). Wherein you Judge Rodolfo Ruiz you also said that if Mr. Symonette acts as a Lawyer again on Alfred Davis's Case I will refer him to the State Attorney for Prosecution while Defaming, Insulting and Embarrassing Mr. Symonette, to make Symonette look bad (THAT SYMONETTE IS SUING HIM FOR) saying he was a Judge on a Case #24-CV-23015-SC before concerning Assistant Attorney Jonathan Bailyn, Judge Martinez and Federal Transcriber Mary Ann Casale concerning my Writ of Replevin Case and Federal Notice of Removal Case Judge Sheri Chappell, Case # 24-cv-23015-SC. Which is all about U.S. Bank Illegally trying to take our Property wherein ***State Judges Valerie Manno Schurr, State Judge Barbara Areces, State Judge Vivianne Del Rio, Judge Thomas William, Federal Judge Kathleen Williams, Federal Judge Darrin P. Gayles, Federal Judge Bruce Reinhart, Federal Judge Jaqueline Becerra and you Judge Redolfo Ruiz*** all for having a U.S. Bank Conflicts of Interest concerning 28 U.S.C. SS 455. ***see Exh. Z2, Z3, Z4, Z5, Z6, Z7, Z8, Z9 and Z10***. all Recused themselves because of Conflicts of Interest

in U.S. Bank.  Concerning this Criminal Case and the Civil Case and now Judge Rodolfo Ruiz you have Recused yourself for Conflicts of Interest with U.S. Bank as stated on your last Recusal saying 28 U.S.C. 455 which includes Financial and biased Conflicts, Exh. Z10. So nothing has changed and the first bank named is U.S. BANK in this Non Verified Affidavit/unsigned Indictment in case #24-cr-20456-RAR so you stay Disqualified and Recused. So ALL YOUR ORDERS against Alfred Davis, Exh. I. As shown from lines 92 to line 113 on the Docket Record Must be Vacated and are Void in Ab Initio. Judge Rodolfo A. Ruiz must Recuse himself for an open obvious Conflict of Interest because he's doing business with BANK OF AMERICA the Partner to US Bank the first Bank in the Indictment of this Case #24-cr-20456-RAR and is helping them to make money so that he can make money by putting Alfred Davis in Jail and then US Bank foreclosing and taking (stealing) our property of which Alfred Davis is the Vice President of Boss Group Minitries Inc. the company that's being FORECLOSED ON BY US BANK for which you recused yourself off because you had a financial Conflict of interest with US Bank, Case #24-cv-23015-SC. You had this Replevin from foreclosure Case first but you recused yourself. Exh. Z10. and now you're on this US Bank Case with the same Recusal situation but now you are  acting as the Judge on this case on our same on Alfred Davis, not on the Case's Merits just to Jail Alfred Davis to take the property to make you and US Bank money Illegally.  And here's proof this is the cruel act on the helpless. first it was with Judge Becerra who has the exact Financial Conflict of Interest with U.S. Bank as you she made $150,000 and now you made $250,000 and much more with U.S. Bank she ruled On an Alfred Davis Case #24-cr-20051-JEM on their first and second line of the Complaint and you ruled on an Alfred Davis Case #24-cv-23015-SC but now you don't want to Recuse yourself from another US Bank Case WOW how unscrupulous and angry mean! And you know the Law is when Judge Becerra's reconsideration and Recused herself all her Orders are void in abnitio because she didn't have Jurisdiction and she Coerced a unsigned Plea Colloque which Alfred Davis rejected two days later on number of this Case which was just an allegedly agreement but not signed so the 3 day federal Rule kicks in which says you have 3 days to recind an agreement. In accordance with the Federal

Trade Commission (FTC) Cooling off time Rule.   And Alfred Davis did Rescind the fake Plea, see Docket line 58.

Comes now ALFRED DAVIS acting Pro-Se here states that Judge Rodolfo A. Ruiz, says that Bank of America on his 2023 Financial Disclosure Report, Exh. A.

Pg. 5 lines 1. The listed Checking and Savings Accounts with Bank of America which is U.S. Bank Exh. A. Pg. 5. Line 2. BANK OF AMERICA WHICH HE HAS A BANK ACCOUNT OF $251,000 Exh. A, AND BANK OF AMERICA IS US BANK  BECAUSE THEY ARE BOTH BUSINESS PARTNERS WITH ALLY FINANCIAL Exh. B1. and Exh. B2.

And now the newly discovered Conflicts of Interest shows Horrible Sick Conflicts of Interest Proof, A Conflict of interest you got RICH with U.S. BANK and their BANKSTER PARTNERS IT'S A DAMNED SHAME:

Pg.5. line 3. Goldman Sachs, which is Black Rock Exh. C. and Black Rock is U.S. Bancorp, Exh. D. and U.S. Bancorp is U.S. Bank Exh. G. Judge Ruiz got $16,000.

Pg. 5 line 4, Vanguard Short Term Bond ETF (BSV) which is U.S. Bancorp, Exh. E. and U.S. Bancorp is U.S. Bank Exh. G. He got $16.000.

Pg. 5. Line 5. Vanguard Total Bond Market ETF (BND) which is U.S. Bancorp, Exh. E. and U.S. Bancorp is U.S. Bank Exh. G. He got $155,000.

Pg. 5. line 11 Vanguard S & P 500 ETF (VOO) which is U.S. Bancorp, Exh. E. and U.S. Bancorp is U.S. Bank Exh. G. He got $16,000

Pg. 5. line 6, GS Dynamic Municipal Income Fund Class P (GAJPX), is Black Rock Exh. C. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He $52,500.

Pg. 5 line 8. Ishares Russell 1000 ETF (IWD) is Black Rock, Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He has 102,000,

Pg. 5 line 9. Ishares Russell 1000 value ETF (IWF) which is Black Rock Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He has $101,000,

Pg, 5 line 12. Ishares MSCI EAFE ETC (EFA) Which is Black Rock Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He has $16,000

Pg. 5 line 10. Ishares  Russell 2000 Growth ATF (IWM) Ishare is  Black Rock, Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He got $16,000.

Pg. 5. line 13. Ishares Trust 1Shares Currency Hedge MSCI EAFE ETF BATS (HEFA) which is Black Rock

Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He has $16,000.

Pg. 5. Line 14. SPDR S&P 500 ETF Trust (SPY)  Which is J.P. Morgan Exh. H. and J.P. Morgan is Morgan Stanley Exh. H1. Morgan Stanley is US Bancorp Exh, H2 pgs. 1-2. and U.S. Bancorp is U.S. Bank Exh. G.  He has $16,000.

This equals $911,500.

Also here states that Judge Rodolfo A. Ruiz, says that Bank of America on his 2022 Financial Disclosure Report

Pg. 4 lines 1. The listed Checking and Savings Accounts with Bank of America which is U.S. Bank Exh. A2. Pg. 4. Line 2. BANK OF AMERICA WHICH HE HAS A BANK ACCOUNT OF $251,000 Exh. A, AND BANK OF AMERICA IS US BANK  BECAUSE THEY ARE BOTH BUSINESS PARTNERS WITH ALLY FINANCIAL Exh. B1 and Exh. B2,

And now the newly discovered Conflicts of Interest shows Horrible Sick Conflicts of Interest Proof, A Conflict of interest you got RICH with U.S. BANK and their BANKSTER PARTNERS IT'S A DAMNED SHAME:

Pg.4. line 3. Goldman Sachs, which is Black Rock Exh. D. and Black Rock is U.S. Bancorp, Exh. D. and U.S. Bancorp is U.S. Bank Exh. G. Judge Ruiz got $16,000.

Pg. 4 line 4, Vanguard Short Term Bond ETF (BSV) which is U.S. Bancorp,Exh. E. and U.S. Bancorp is U.S. Bank Exh. G.  He got $101,000.

Pg. 4. Line 5. Vanguard Total Bond Market ETF (BND) which is U.S. Bancorp, Exh. E. and U.S. Bancorp is U.S. Bank Exh. G. He got $101,000.

Pg. 4. line 11 Vanguard S & P 500 ETF (VOO) which is U.S. Bancorp, Exh. E. and U.S. Bancorp is U.S. Bank Exh. G.  He got $16,000.

Pg. 4. line 6, GS Dynamic Municipal Income Fund Class P (GAJPX), is Black Rock Exh. C. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He got $151,000.

Pg. 4. Line 7. High GS Yield Municipal Income Fund Class P (GGLPX), is Black Rock Exh. C. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He got $51,000.

Pg. 4 line 8. Ishares Russell 1000 value ETF (IWD) is Black Rock, Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G.  He has $52,000.

Pg. 4 line 9. Ishares Russell 1000 Growth ETF (IWF) which is Black Rock Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G.  He has $51,000.

Pg, 4 line 12. Ishares MSCI EAFE ETC (EFA) Which is Black Rock Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G.  He has $16,000.

Pg. 4 line 10. Ishares  Russell 2000 ETF (IWM) Ishare is  Black Rock, Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He got $16,000.

Pg. 4. line 13. Ishares Trust 1Shares Currency Hedge MSCI EAFE ETF BATS (HEFA) which is Black Rock Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G.  He has $16,000.

Pg. 4. Line 14. GS Tacticle Tilt Overlay Fund Class P (GSLPX) is Black Rock Exh. F. And Black Rock is US Bancorp Exh D. and U.S. Bancorp is U.S. Bank Exh. G. He got $16,000.

Pg. 4. Line 15. Vanguard Total Bond Market ETF (BND) which is U.S. Bancorp, Exh. E. and U.S. Bancorp is U.S. Bank Exh. G. He got $66,000.

Pg. 4 line 16, Vanguard Short Term Bond ETF (BSV) which is U.S. Bancorp, Exh. E. and U.S. Bancorp is U.S. Bank Exh. G. He got $66,000.

Pg. 4. Line 17. SPDR S&P 500 ETF Trust (SPY)  Which is Morgan Stanley Exh. H. and Morgan Stanley is US Bancorp Exh, H2. and U.S. Bancorp is U.S. Bank Exh. G.   He has $16,000.  This 2022 Ruiz got $1,052,500.

and on the Financial Statement it has the alphabet letter T besides it, Which means that it could be other Bank Accounts, Mortgages or Stocks and Bonds So all together you Judge RODOLFO RUIZ got close to $4 million dollars from U.S. BANK and it's Bankster Partners according to your four Federal Finacial Statements from 2019 until 2024 now. Exh. A1, A2, A3 and A4. How can you Prosecute someone for Fraud while committing Fraud in violation of 28 U.S.C. 455, 144, (C) So I demand to see what those other Benefits are with the T. letter. But without the T. letter on your Financial Statement we know you made at least almost $4 million and that you are a Millionaire according to your Financial Disclosure Report from 2020 til 2024 on all your Reports you  made approximately the same amount with U.S. Bank which is approximately $4million, Exh. D. E. F. and G. even though a Florida Federal Judges Salary is $64,595.00 a year this is Horrible because Common law and the Bible says Judges can't take gifts Deuteronomy 16:18-19 because it will Pervert your Judgements and twist the words of the innocent like Alfred Davis, Exodus 23:8 which

is where the Constitution and Common Law comes from. U.S. Bank is a Chinese owned Bank 74% Owned by the CIC which is the

_CHINESE INVESTMENT CORPORATION whose Business Partners are Vanguard, Black Rock and Morgan Stanley who are all owners of US BANK_ under the 1938 F. A. R. A. Act. Of which Assistant Attorney  Jonathan Bailyn is in violation of because when we asked for his Foreign Registration License in our injunction complaint he has Defaulted and did not answer Case #25-cv-80521-WPD. And though asked in this case he Illegally will not answer. Judge Rodolfo Ruiz's Rodolfo is a Millionaire whose whole Financial life is mostly based on US Bank and its Bankster Partners In violation of 28 U.S.C SS 455 (C) and 28 U.S.C SS 455 (b) (1).

## FACTUAL BACKGROUND

I. On July 31st 2025, Judge Rodolfo A. Ruiz issued  a Judgment Order see Docket #92 against Defendant Alfred Davis UNDERLINE! And also on July 31st 2025, Judge Rodolfo A. Ruiz issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Plaintiff has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent Criminal and foreclosure cases made by Judges, Prosecutors for U.S. BANK, Clerks and Court officers in this action. Exh, O.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process Civil Rights for FEDERAL Rule 28 U.S.C. 455 SS (b) (1) and 28 U.S.C. 455 (c) and 28 U.S.C. 144 says that you are Disqualified and Recused and if you Refuse to Disqualify/Recuse yourself my Remedy is a Writ of Mandamus to force you to keep the Law as is Written the 11th District made an error and ORDERED me to send the Whole Writ of Mandamus over again and Subject you to a Writ of Mandamus Procedings SS 1983 Liability and Criminal Referrals for Fraud Obstruction and the Deprivation of Rights under the Color of Law which is devastatingly clear you must void you're Orders and free Alfred Davis in Case 24-CR-20456-RAR. Supreme Court Berger v. the United States , 255 U.S. 22 (1921)  and this is to happen

immediately and if needed I will escalate with a U.S. Petition towards the Supreme Court 2.160 (H) and Federal Rule 60 Relief to close this Case/Dismissal with Prejudice in Alfred Davis's favor with requirement of Judge Rodolfo A. Ruiz Recusal based on exposed financial conflicts of interests 28 U.S, C. § 455 Under § 455(C), (b) (1) and 28 U.S. C. § 455 Under § 455(111) says you the Judge should 've searched yourself to be sure you don't have a Conflict and CHIEF JUDGE WILLIAM PRYER SAID IN HIS GOOGLE POST THAT OF 11ᵗʰ CIRCUIT COURT OF APPEAL THAT HE NEW OF JUDGE REDOLFO RUIZ'S CONFFLICT AND HAD TO REASSIGN HIS CASE BECAUSE OF A U.S. BANK CONFLICT OF INTEREST. Exh. Z33.

*Rule 2.160 (H) and FRCP Rule 60, relief fiom .Judgment Or Order. and to vacate Order .*

*There is to be no conflict of interest  with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party*

28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E(1) and § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

# CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint financial conflicts of interest, Judge Rodolfo A. Ruiz was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case. Judge Rodolfo A. Ruiz has creditor loan history and business with U.S. BANK that caused preferential Quid Pro *Quo* treatment by him .sua sponte review and _Judgment Orders._ Judge Rodolfo A. Ruiz has significantly exposed investor financial interests in the subject matter in controversy and with U.S. BANK will be substantially negatively affected by the outcome of these proceedings when we promotes in paid for adds how

people can't win when the Judge your Atty. is on the side of the Banksters to put you in Jail and just Steal property and Criminally Charge you to make money off their Prey!

1. **JUDGES WITH A CONFLICT OF INTEREST WITH U.S. BANK AGAINST ALFRED DAVIS FOR US BANK FOR THESE EXHIBITS SEE GODS2.COM #1B**
**SEE EXHIBITS FROM SARA ZABEL TO SANCHEZ**

1. SARAH I. ZABEL 4/7/09-------------------------------made 9 Million from US BANK Exh. P

2. VALERIE MANNO SCHURR 1/21/22--made almost 12 Million from US BANK, Exh. Q

3. JOHN SCHLESINGER 12/19/2017------made almost 29 Million from US BANK, Exh. R

4. SAMANTHA RUIZ COHEN 5/12/2021------made over 2 Million from US BANK, Exh. S

5. MIGUEL DE LA O 1/9/2019---------------made almost 1Million from US BANK, Exh.T

6. VERONICA DIAZ 6/2/2020--------------made almost ½ Million from US BANK, Exh. U

7. VIVIANNE DEL RIO 5/4/2022------------made almost 2 Million from US BANK, Exh.  V

8. CARLOS LOPEZ 6/17/2023---------------made almost 7 million from US BANK, Exh. W

### DADE FEDERAL DISTRICT JUDGES WITH A $ CONFLICT OF INTEREST  WITH U.S. BANK

10. JOSE E. MARTINEZ-----------------------------made $250,000 WITH US BANK, Exh. X1

11. EDUARDO SANCHEZ---------------------------made $250,000 WITH US BANK, Exh.  X2

## CLERK OF THE COURTS HARVEY RUVIN AND JUAN FERNANDEZ-BARQUIN

5. CLERK HARVEY RUVIN-----------------------------made $315,000 from US BANK Exh.  X

6. CLERK JUAN FERNANDEZ-BARQUIN-------------made $635,000 from US BANK Exh.Y

## APPELLATE JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK N. A.

1. BROWNWYN C. MILLER----------------------made $95,000 from US BANK, Exh. Z

2.  KEVIN MICHAEL EMAS------------------------made $225,310 from US BANK,

3.  EDWIN SCALES-------------------------------------made $22,543 from US BANK,

4.  BANKRUPTCY JUDGE LAURE ISICOFF---------made $15,000 from US BANK

## **AFFIDAVIT**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of August 2025.

ALFRED LENORIS DAVIS
PRO SE PETITIONE
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444

Trioleau FLDL provided

TAVVARA PRIOLEAU
Notary Public
State of Florida
Comm# HH630615
Expires 1/26/2029

Exh A2

## FINANCIAL DISCLOSURE REPORT
Page 4 of 7

| Name of Person Reporting | Date of Report |
|---|---|
| Ruiz II, Rodolfo A. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America Checking Account | A | Interest | K | T | | | | | |
| 2. | Bank of America Savings Account | A | Interest | L | T | | | | | |
| 3. | Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 4. | GS Dynamic Municipal Income Fund Class P (GAJPX) | C | Int./Div. | M | T | | | | | |
| 5. | GS High Yield Municipal Fund Class P (GGLPX) | A | Int./Div. | K | T | | | | | |
| 6. | IShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | | | | | |
| 7. | IShares Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 8. | IShares Russell 1000 Value ETF (IWD) | A | Dividend | K | T | | | | | |
| 9. | IShares Russell 1000 Value ETF (IWD) | A | Dividend | J | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 10. | IShares Russell 1000 Value ETF (IWD) | A | Dividend | J | T | Buy<br>(add'l) | 12/22/20 | J | | |
| 11. | IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 12. | GS MSL & Energy Fund Class P (GAMPX) | A | Dividend | | | Sold | 06/19/20 | J | C | |
| 13. | SPDR DJ Wilshire Global Real Estate ETF Exchange Traded Fund (RWO) | A | Dividend | | | Sold | 06/19/20 | J | C | |
| 14. | IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 15. | IShares Trust-IShares Currency Hedged MSCI EAFE ETF (HEFA) | A | Dividend | J | T | | | | | |
| 16. | Vanguard FTSE Emerging Mkts ETF (VWO) | A | Dividend | J | T | | | | | |
| 17. | GS Tactical Tilt Overlay Fund Class P (GSLPX) | A | Dividend | J | T | | | | | |

1 Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2 Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 7 | Ruiz II, Rodolfo A. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g . div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Exh. A9

1D24-1-20456-0  A3

**FINANCIAL DISCLOSURE REPORT**

Page 4 of 7

| Name of Person Reporting | Date of Report |
|---|---|
| Ruiz II, Rodolfo A. | 05/13/2022 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | |
|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Bank of America Checking Account | A | Interest | K | T | | | | | |
| 2.   Bank of America Savings Account | A | Interest | M | T | | | | | |
| 3.   Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 4.   GS Dynamic Municipal Income Fund Class P (GAJPX) | C | Dividend | M | T | Sold (part) | 12/09/21 | J | D | |
| 5.   GS High Yield Municipal Fund Class P (GGLPX) | A | Dividend | K | T | | | | | |
| 6.   IShares Russell 1000 Value ETF (IWD) | A | Dividend | L | T | Buy (add'l) | 12/09/21 | J | | |
| 7.   IShares Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Buy (add'l) | 12/09/21 | J | | |
| 8.   IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 9.   SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | | |
| 10.  IShares Trust-IShares Currency Hedged (HEFA) | A | Dividend | J | T | | | | | |
| 11.  IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 12.  GS Tactical Tilt Overlay Fund Class P (GSLPX) | A | Dividend | J | T | | | | | |
| 13.  Vanguard FTSE Emerging Mkts ETF (VWO) | A | Dividend | | | Sold | 12/09/21 | J | C | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

*Exh. B p.1*

## `UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT OF FLORIDA

**ALFRED DAVIS AND  MAURICE SYMONETTE**

Plaintiff

CASE NO: 2025-cr-80076-AMC

**V.**

U.S. BANK, NATIONAL  ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, ET. AL

**Defendants,**

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND
### REVERT BY VACATING HER ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Alfred Davis hereby files this Motion for Relief & Recusal and Supporting  Memorandum regarding  the 0/13/2023  review  of  the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit O #  ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Federal rule 28 USC SS455  (b)(1)(3)(4)(iii)(c)(d)-(4)(d) Says A Judge may Vacate her orders for Conflict of  Interest Canon  3E(1)  A  Judge  shall  disqualify  himself where  impartiality  might  reasonably  be questioned grounds to disqualify  is party fears Judge is Biased. Judge can't have a conflict of Interest!*

**Attorney Hayden Patrick O'byrne** must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits  for to make him and them money Illegally. Here's proof: **In his 2023 Form 6 Affidavit Oath** from Tallahassee called **FULL**

*Exh. Bp.?*

**AND PUBLIC DISCLOSURE OF FINANCIAL** Says: **he got $40,000 Exh 1.** Doing business with bank of

America which which is U.S. Bancorp, Exh.2. **And** U.S. Bancorp is U.S. Bank Exh. 3. Also on **his**

2023 Form 6 Affidavit Oath from Tallahassee called **FULL AND PUBLIC DISCLOSURE OF FINANCIAL** Which means

U.S. Bank is Atty. Hayden P. O'byrne according to Form 6 signed by his Affidavit of Financial interest whole way of

wealth making money and partners with him in almost all assets he owns other than his Judge's Salary is U.S. BANK. This

is why he has ruled in favor of U.S. BANK to give a date to sale our house 10/16/2023, Exh. 4.  WHICH IS ALL U.S. BANK.

Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that

our case was directed to other Judges in this cess Pool all with the same Conflict of interest like Judge Valerie Manno

Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with

Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000

from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. 5. And then suddenly inserted herself into our

case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. 6. So as to avoid the Law

which says another Judge cannot change another Judges order in the same Circuit Court so he made the same Order so

he could change her own  Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar

money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.7.

And then received a $2.4 million money asset from Wells Fargo/Wachovia. According to her form 6 Financial Affidavit

to circumvent Judge Zabel's Dismissal with Prejudice! Exh.8. And then these wicked Lawyers Foreclose without notice

to us and we went through a 10 year fight see the Docket for the 2010 case which had no notice, no Assignments, no

Note and no Mortgage Correctly to U.S. Bank form Axiom Bank see Exh.9. Then Maurice Symonette did a Quite Title

suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by

taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making payments. This is

Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments

she Recused herself especially after we paid for Newspaper, Ads and Radio TV Commercials Exh.10. Telling on her and

knowing that we have turned her over to the FBI and Attorney General Markenzy Lapointe do as judge Valerie

Manno Schurr and Judge Vivianne Del Rio did because he has the same Conflict of Interest. So he must Recuse and

*Exh. B p2*

## 2023 Form 1 - Statement of Financial Interests

Filed with COE: 07/21/2024

---

### General Information

Name:     Mr Hayden Patrick O'Byrne

**CONFIDENTIAL**

**PID   268872**

**AGENCY INFORMATION**

| Organization | Suborganization | Title |
|---|---|---|
| Judicial Nominating Commission-11th Circuit | 11th Judicial Circuit | Member |

---

### Disclosure Period

THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2023.

---

### Primary Sources of Income

PRIMARY SOURCE OF INCOME (Over $2,500) (Major sources of income to the reporting person)
(If you have nothing to report, write "none" or "n/a")

| Name of Source of Income | Source's Address | Description of the Source's Principal Business Activity |
|---|---|---|
| United States Department of Justice - USAO SDFLA | 99 NE 4th Street | Criminal Prosecution |

---



## 2023 Form 1 - Statement of Financial Interests

**Filed with COE: 07/21/2024**

### Secondary Sources of Income

SECONDARY SOURCES OF INCOME (Major customers, clients, and other sources of income to businesses owned by the reporting person) (If you have nothing to report, write "none" or "n/a")

| Name of Business Entity | Name of Major Sources of Business' Income | Address of Source | Principal Business Activity of Source |
|---|---|---|---|
| N/A | | | |

### Real Property

REAL PROPERTY (Land, buildings owned by the reporting person)
(If you have nothing to report, write "none" or "n/a")

| Location/Description |
|---|
| N/A |

### Intangible Personal Property

INTANGIBLE PERSONAL PROPERTY (Stocks, bonds, certificates of deposit, etc. over $10,000)
(If you have nothing to report, write "none" or "n/a")

| Type of Intangible | Business Entity to Which the Property Relates |
|---|---|
| Bank Accounts | UBS |
| Bank Accounts | U Credit Union |
| Thrift Savings Plan | United States Department of Justice |
| Retirement Accounts | Morgan Stanley |
| Retirement Acconts | Fidelity Investments |

*EXH B P4*

## 2023 Form 1 - Statement of Financial Interests

**Filed with COE: 07/21/2024**

### Liabilities

LIABILITIES (Major debts valued over $10,000):
(If you have nothing to report, write "none" or "n/a")

| Name of Creditor | Address of Creditor |
|---|---|
| U.S. Bank | 800 Nicollet Mall Minneapolis, MN 55402 |
| Loan Depo | 80 M St SE, Washington, DC 20003 |

### Interests in Specified Businesses

INTERESTS IN SPECIFIED BUSINESSES (Ownership or positions in certain types of businesses)
(If you have nothing to report, write "none" or "n/a")

| Business Entity # 1 |
|---|
| N/A |

### Training

Based on the office or position you hold, the certification of training required under Section 112.3142, F.S., is not applicable to you for this form year.

---

_EXH B P5_

**2023 Form 1 - Statement of Financial Interests**

Filed with COE: 07/21/2024

| Signature of Filer |
|---|
| *Hayden Patrick O'Byrne*<br><br>Digitally signed: 07/21/2024<br><br>Filed with COE: 07/21/2024 |

Exh. B1

3:05   32%

🔍  us bank is ally financial b...  🎤  📷


**Twin Cities Business**
https://tcbmag.com                      ⋮

## U.S. Bank To Acquire Biz From Ally Bank

Apr 24, 2014 — Minneapolis-based US Bank announced
Monday that it has agreed to purchase Ally Bank's
document custodian business for an undisclosed sum.


**Ally**
https://www.ally.com                      ⋮

## History of Ally

In 2010, we rebranded as Ally Financial and transformed
our auto finance business into Ally Auto — a premier
independent finance provider offering dealers of ...


**Ally**
https://media.ally.com                      ⋮

## Ally Financial rolls out proprietary AI platform enterprise-wide - Jul 23, 2025

Jul 23, 2025 — Ally Financial Inc. (NYSE: ALLY) is a
financial services company with the nation's largest all-
digital bank and an industry-leading auto ...

## People also search for



🏠          🔍          🔔           🕓
Home      Search   Notifications    Activity

|||              ◯              ‹

*Exh. B2*

3:09  

Q   bank of america is ally fin... 🎤 📷



---

**MarketBeat**                                          ⋮
https://www.marketbeat.com

## Ally Financial Inc. Grows Holdings in Bank of America Corporation $BAC

3 days ago — **Bank of America makes up about 0.7% of Ally Financial Inc.'s holdings**, making the stock its 29th largest position. Ally Financial Inc.'s ...

---

W    **Wikipedia**                                      ⋮
     https://en.wikipedia.org

## Ally Financial

Ally Financial Inc. (known as GMAC until 2010) is an American bank holding company incorporated in Delaware and headquartered at Ally Detroit Center in...



History      1919–1990      1991–2009      2010–2019

---

●    **Ally**                                           ⋮
     https://www.ally.com

## Ally: Banking, Investing & Auto Finance

Manage your money with **Ally**: online banking, auto financing, and investments. Financial products designed to help you pursue your goals.

Contact Us      Auto      Savings Account      Ally Ban

---

🏠            Q            📢⁹⁺          ◷
Home        Search      Notifications    Activity

*DOCKET #1*

☞ 0 Item(s) in Basket

# HARVEY RUVIN
## CLERK of the COURTS
### MIAMI-DADE COUNTY, FLORIDA

Home    Online Services    About us    Contact us

Civil / Probate Justice System - Docket Information

US BANK (NA) vs WILLIAMS, LEROY

*Click on BOOK/PAGE of a particular docket to see the image if it is available*

Case Number (LOCAL): 2007-12407-CA-01
Case Number (STATE): 13-2007-CA-012407-0000-01

Dockets Retrieved: 48

Filing Date: 04/26/2007
Judicial Section: 32

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 09-8155 CA 01 AND IN SPARE DRIVE |
| 10/14/2010 | | MOTION | TO VACATE LAST ORDER & RETAIN ORIG ORDER |
| 09/28/2010 | | MOTION TO VACATE DISMISSAL | |
| 06/06/2010 | | TEXT | RET'D ORIGINAL NOTE AND MORTGAGE |
| 06/25/2010 | 27343  949 Pages 1 | COURT ORDER | BK 27343 PG 0949 VACATING  DISMISSING DX SALE RELEASE LIS PENDENS, ETC |
| 06/20/2010 | | MOTION | ATY 00071575 R  5058 TO DISMISS CASE CANCEL FORECLOSURE SALE, ETC. |
| 06/16/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/01/2011 | 27244  4193 Pages 1 | COURT ORDER | BK 27244 PG 4193 OF DISMISSAL |
| 04/07/2009 | | TEXT | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | OBJECTION | TO WRITTEN DISCOVERY MTN TO STRIKE, OR, ETC |
| 09/09/2008 | | NOTICE | THAT PLTFF HAS RESPONDED TO DEFENDANT, ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944  542 Pages 2 | COURT ORDER | BK 25944 PG 0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE  08/31/2007 |
| 09/12/2007 | | MOTION | TO CANCEL FORECLOSURE SALE |
| 09/12/2007 | | MOTION | ATY 88888888 R  145184 SET ASIDE F JUD AND RECONSIDER, ETC |

Miami-Dade County Clerk - Civil - Probate - Justice System - Docket Information

| 09/10/2007 | TEXT | |
| 08/30/2007 | NOTICE OF SALE | $50 FEE PD RCPT 145184 |
| 08/24/2007 | TEXT | WRITTEN REQUEST, DISPUTE VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | NOTICE OF FILING | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | NOTICE OF FILING | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | TEXT | FINAL DISPOSITION FORM |
| 08/09/2007 25576  4160 | FINAL JUDGMENT | SALE DATE 09-14-2007 |
| 07/26/2007 | DEFAULT | J S 491000 11 BK 25572 PG 4160 DN01 DN02 DN03 DN04 |
| 07/26/2007 | NOTICE OF DEFAULT NOT ENTERED | DN04 |
| 07/19/2007 | NOTICE OF HEARING | DN01 DN02 |
| 07/19/2007 | MOTION FOR DEFAULT | MOTIONS 08-09-2007 10:00 AM |
| 07/19/2007 | MOTION FOR SUMMARY JUDGMENT | |
| 07/19/2007 | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | SERVICE RETURNED | BADGE # 1552 P 05/23/2007 DN02 |
| 06/12/2007 | SERVICE RETURNED | BADGE # 1552 P 05/12/2007 DN01 |
| 06/12/2007 | TEXT | SUMMONS RTD NON-SERVED UNK SPOUSE OF WILLIAMS |
| 06/12/2007 | SERVICE RETURNED | BADGE # 116 P 05/02/2007 DN03 |
| 06/12/2007 | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | TEXT | SERVICE RTD SERVED TENANT |
| 05/06/2007 | SERVICE RETURNED | BADGE # 1300 P 05/01/2007 DN04 |
| 06/06/2007 | TEXT | OPPOS TO PLNF'S MORT FORECLOSURE COMPLETE TO |
| 05/23/2007 | TEXT | WRITTEN REQU FORMAL PROTEST & DISPUTE ER |
| 04/30/2007 25576  1673 | ANSWER | ATTORNEY 00314021 DN04 |
| | LIS PENDENS | BK 25576 PG 1673 |
| 04/26/2007 | COMPLAINT | |
| 04/26/2007 | CIVIL COVER | |
| 04/26/2007 | SUMMONS ISSUED | |
| | | DN01 DN02 DN03 DN04 |





CFN 2008R0941616
OR Bk 26657 Pg 3525; (1pg)
RECORDED 11/20/2008 09:41:11
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, on or before April 19, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC, ("Assignor") whose address is _____, assigned, transferred and conveyed to: U.S. BANK N.A., ("Assignee") whose address is 1100 Virginia Drive , Fort Washington, PA 19034, its successors and/or assigns, all of its right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005 and recorded July 27, 2005 in Official Records Book 23622 at Page 3521 of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property

LOT 102, BISCAYNE GARDENS SECTION F PART I, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time, together with the Note and indebtedness secured thereby.

MORTGAGOR(S)  LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on _____ 21, 2008.

Typed Name  Peggy Hing

Witness
Typed Name  Laurie Kirby

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC
By _____
Typed Name  SHIRLEY EADS
Title:  VICE PRESIDENT

Attest _____
Typed Name  Jeffrey Stephen
Title:  Assistant Secretary

(Affix Corporate Seal)

STATE OF  Pennsylvania
COUNTY OF  Montgomery

BEFORE ME, the undersigned, personally appeared  SHIRLEY EADS  and  Jeffrey Stephen  as  Vice President  and  Assistant Secretary  respectively, and known to me to me to be the persons who executed the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this  21st  day of  October , 2008

Notary Public
My commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Porto, Notary Public
Horsham Twp, Montgomery County
My Commission Expires Nov 8, 2011
Member, Pennsylvania Association of Notaries



Recording requested by, prepared by and return to:
Ralph McGrady
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F07012148-GMAC MORTGAGE, LLC- 144873340;

FILE NUMBER: F07012148

## *F07012148*

DOC ID: M001100

## *M001100*

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that this instrument is a true and correct copy...

Book26657/Page3525     CFN#20080941616             Page 1 of 1



IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12467-cal

US Bank, N.A.
Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20     APR 08 2010

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

A TRUE COPY
CERTIFICATION on this day
HARVEY RUVIN, CLERK

27244 Pg 4400 OFN 20100237159 04/09/2010 12:47.17 Pg 1 of 1 Mia-Dade County



CFN 2012R0182835
OR Bk 28033 Pg 1695; (1pg)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# CORRECTIVE ASSIGNMENT OF MORTGAGE

MERS phone number : 1-888-679-6377
MIN :10017610506273320?

FOR VALUE RECEIVED, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES ("Assignor") whose address is P.O. Box 2026 Flint, MI 48501, assigned, transferred and conveyed to U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3, ("Assignee") whose address is 1100 Virginia Drive Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3293 of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:11 in 2008R0941616, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

* Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC is not a valid entity.

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on _____, 2012

By: _____
Print Name: Jacqueline Keeley
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this 14 day of Feb 2012 by Jacqueline Keeley for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

Notary Public: Christine Morales
My commission expires: 1/28/2015

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

Recording requested by, prepared under the supervision of and return to:
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC.

[INSERTDOC "M960105.rtf" KEEP_FONT]

F10051160




*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
OCWEN.MORTGAGEBANKSITE.COM

# GMAC Mortgage

OCWEN

## Notice of Servicing Transfer and Welcome to Ocwen Loan Servicing, LLC

February 7, 2013

LEROY WILLIAMS
PO BOX 222692
HOLLYWOOD FL  33022-2692



### Your Loan Account Details
### as of 02/04/2013

Account Number: ████937

Property Address:
15020 SOUTH RIVER DRIVE
MIAMI FL  33167

Transfer Date:
02/16/2013

Principal Balance:
$448,000.00

Escrow Balance:
-$148,948.27

Loan Rate:
6.125%

Next Payment Due:
1/1/2007

Payment Amount:
Please refer to your
mortgage account statement

**Filed** 11-29 A.D. 2017 BY (2)
**Case No.** 10-61928-CA05
HARVEY RUVIN
Clerk Circuit Court

Dear LEROY WILLIAMS,

The servicing of your mortgage loan, that is, the right to collect payments from you, is transferring from your current servicer, GMAC Mortgage ("GMACM") to your new servicer, Ocwen Loan Servicing, LLC ("Ocwen") effective February 16, 2013.

Rest assured this transfer of servicing does not affect any term or condition of the mortgage documents, other than those directly related to the servicing of your loan. There will be no change to your account number or payment address; only to the name of the company to which you make your payment. All mailing addresses and phone numbers you previously used to contact GMACM will remain the same but, as of February 16, 2013, they will be maintained by Ocwen. You will continue to be served in a knowledgeable and professional manner, just as you have in the past.

GMACM will stop accepting payments on February 15, 2013. Ocwen will begin to accept payments on February 16, 2013. Send all payments due on or after that date to Ocwen. A temporary coupon is provided below for your convenience. Any account notices prepared prior to February 16, 2013 will reflect GMACM; all notices prepared on or after February 16, 2013 will reflect Ocwen. In addition any payments received by GMACM after February 15, 2013 will automatically be processed by Ocwen.

If you are currently using GMACM's automatic payment service, this program will continue with no lapse in service. If you previously made your payment through GMACMortgage.com, on or after February 16, 2013 you can go to ocwen.mortgagebanksite.com and use your same login ID and password for account access. If you use a third party payment service, please request they update their records to have payments made payable to Ocwen Loan Servicing, LLC effective February 16, 2013.

Because GMACM is the subject of a bankruptcy proceeding, federal law requires either GMACM or Ocwen to send you this notice not more than 30 days after the effective date of the transfer of the servicing of your loan. In this case, all necessary information is combined in this one notice. Please review the reverse side of this letter for legal disclosures, notices and state requirements. It's our goal to make this transfer as seamless as possible.

Enclosed are your (1) final **GMAC Mortgage** annual privacy notice and (2) your **Ocwen** initial privacy notice that becomes effective with the start of your new customer relationship with Ocwen. Please see the Ocwen initial privacy notice for important opt-out elections.

We appreciate the opportunity to serve your home loan needs. If you have questions relating to the transfer of servicing please contact our Transfer Hotline at 1-888-926-3479 weekdays from 8:00 AM to 7:00 PM, Central Time. If you have questions about the general servicing of your loan please call GMACM Customer Care at 800-766-4622, 6:00 a.m. - 10:00 p.m. CT M-F and 8:00 a.m. - 2:00 p.m. Sat.

Sincerely,

Charles R. Hoecker
Sr. Vice President, Customer Care
GMAC Mortgage

Sincerely,

William C. Erbey
President and Chief Executive Officer
Ocwen Loan Servicing, LLC

Enclosure(s)

### Ocwen Loan Servicing, LLC
### Customer Care
### Contact Information

➤Phone:
800-766-4622

Personal assistance:
6:00 a.m. - 10:00 p.m. CT M-F
and 8:00 a.m. - 2:00 p.m. Sat

24-hour automated service

Email:
ocwen@mortgagebanksite.com

Web:
ocwen.mortgagebanksite.com

Mail:
PO Box 780
Waterloo, IA  50704-0780

02-1685-730001/1/31

---



## Mortgage Payment Coupon

### Ocwen Loan Servicing, LLC

OCWEN

Account Number:
████3937

Due Date:
1/1/2007

Mortgage Payment:
See above

LEROY WILLIAMS

| Please assist us in applying your payment. | |
|---|---|
| Full Payments | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other fees (specify) | $ |
| Total Amount Enclosed | $ |

OCWEN
PO BOX 9001719
LOUISVILLE, KY 40290-1719



02    0107  ████  3937  00000000  00000  22222  6




IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

               CASE NO.    2007-52407-CA
               DIVISION    32

vs.

LEROY WILLIAMS, MARK WELLS, FRANKLIN
CREDIT MANAGEMENT CORPORATION, CITY
OF NORTH MIAMI;
    Defendant(s).

**FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES**

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07, Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.   This case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.   All counts of the Complaint against Defendants' LEROY WILLIAMS, MARK WELLS, FRANKLIN CREDIT MANAGEMENT CORPORATION, CITY OF NORTH MIAMI, are hereby dismissed.

3.   Any scheduled foreclosure sale is canceled.

FILE NUMBER F07012140



Serial: 13656922
DOC_ID: M016502





4.     The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105 BISCAYNE GARDENS SECTION F PART 1 ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 46, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is cancelled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.     The Final Summary Judgment heretofore entered on August [__] 2007, be and the same hereby is in

effect and shall be of no further force or effect.

6.     The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

reasonable copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida this _____ day of

_____, 2010.

JUN 2 3 2010

_____
CIRCUIT R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list
Defendant(s) as applicable
2010-___-____-Judgment

ALLONGE TO NOTE

RESIDENTIAL FUNDING CORPORATION

U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation

By _Sandy Nabors_

IN THE CIRCUIT COURT OF THE
JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. _____

_____ Bank _____,
Plaintiff,

____ Williams
Defendant.

ORDER DENIS_____ ON PREJUDGMENT

This cause _____ the upon the motion to _____ protection _____ of _____ Judge _____ in his _____ after having considered _____ Williams _____ and being _____ and the court _____ of late having been heard _____. The court, being fully advised in the _____ to _____ as further ____ proceedings.

It is thereby _____ to _____ DENIED as no _____ _____

336

276

178

*Exh231*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cr-20456-JB

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALFRED DAVIS,

      Defendant.

_____/

### ORDER OF RECUSAL

The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

*Goldman Sachs Blackrock Exh. C*

*Goldman*            *Exh. C.*

# 730.72 0.00 (0.00%)

Aug 15, 2025, 4:00:00 PM EDT

CLOSING PRICE

# 730.92 0.20 (0.00%)

Aug 15, 2025, 3:59:57 PM EDT

EXTENDED HOURS

| | |
|---|---|
| Security | GS / The Goldman Sachs Group, Inc. |
| Institution | BLACKROCK FUNDS - iShares Total U.S. Stock Market Index Fund Investor A |
| Latest Disclosed Ownership | 20,578 shares |
| Latest Disclosed Value | $ 11,267,483 |

BLACKROCK FUNDS - iShares Total U.S. Stock Market Index Fund Investor A reports 0.66% increase in ownership of

*Exh. D*

According to filings with the Securities and Exchange Commission (SEC), BlackRock holds stakes in a number of US banks, including:

- **U.S. Bancorp (USB):** BlackRock holds 100.48 million shares, representing 6.6% of the company.

- **Bank of America Corporation (BAC):** BlackRock owns 494.52 million shares, representing 6.2% of the company. It's the third largest shareholder of Bank of America, after Vanguard and Berkshire Hathaway.

- **Wells Fargo & Company (WFC):** BlackRock holds approximately 150.2 million shares, accounting for 4.6% of Wells Fargo's ownership, making it the third largest institutional shareholder after Vanguard and Fidelity.



Exh. E

 Fintel
https://fintel.io › us › vflq   ⋮

# Vanguard Group, Inc. - Vanguard U.S. Liquidity Factor ETF ...

VFLQ - Vanguard Group, Inc. - Vanguard U.S. Liquidity Factor ETF Stock - Stock Price, Institutional Ownership, Shareholders (BATS) · Overview · Chart · Owners.
Missing:  bank | Show results with: bank

✧ AI Overview                                                          +2     ⋮

Vanguard owns a significant stake in U.S. Bancorp (USB); as of February 2023, Vanguard Group held 119.48 million shares, representing 7.81% of the company, according to a Nasdaq article reporting on Fintel's data. You can find detailed information on Vanguard's U.S. Bancorp holdings and other institutional ownership data by searching for "USB" on the Fintel website. 🖉

## How to find Vanguard's specific holdings in U.S. Bancorp on Fintel:

1. **Go to Fintel's website**: by searching for "Fintel US Bancorp" or visiting fintel.io/so/us/usb. 🖉

2. **Look for "Institutional Ownership and Shareholders"**: information on the page for U.S. Bancorp (USB). 🖉



**WIKIPEDIA**
The Free Encyclopedia

*Ex 6*

# U.S. Bancorp

**U.S. Bancorp** (stylized as **us bancorp**) is an American multinational financial services firm headquartered in Minneapolis, Minnesota and incorporated in Delaware. It is the 5th-largest bank in the United States as of 2025. As the largest bank in the Midwestern United States, it is considered systemically important by the Financial Stability Board. It is the parent company of its primary operating entity, **U.S. Bank National Association**, which does business as **U.S. Bank** (stylized as **us bank**). The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions.

The firm's early history can be traced to 1891, operating under the second-oldest banking charter granted in 1863 following the passage of the National Bank Act. Since inception dozens of regional mergers and acquisitions throughout the Upper Midwest and Western United States led to the creation of modern U.S. Bancorp. As a diversified holding company, U.S. Bancorp has acquired multiple subsidiaries since the late 2010s. Its retail credit card offerings are provided via the Visa network in the U.S. and abroad.

U.S. Bancorp's annual revenue levels have it ranked on the Fortune 500, with its public stock trading within both the S&P 500 and S&P 100 indexes.[4][5] It was included in the 2024 Forbes Global 2000 for its sales, profitability, asset base, and market value, among other financial institutions.[6] U.S. Bancorp sponsors a variety of cultural events, transportation hubs, and sporting venues, including U.S. Bank Stadium. U.S. Bank is one of the largest asset custodians in the country with $6.7 trillion under administration, including, as of 2021, digital assets.[7]

**U.S. Bancorp**



U.S. Bancorp's headquarters in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Company type** | Public |
| **Traded as** | NYSE: USB (https://www.nyse.com/quote/XNYS:USB) |
| | S&P 100 component |
| | S&P 500 component |
| **ISIN** | US9029733048 (https://isin.toolforge.org/?language=en&isin=US9029733048) |

*Exh. F*

*I Share RUSSELL IS BLACKROCK*

*I Share RUSSELL IS BLACKROCK*

✦ **AI Overview**     +3    ⋮

While US Bank provides a range of services to Exchange Traded Funds (ETFs), it is **not** the manager of the iShares Russell 1000 Value ETF (IWD). 🔗

- **Manager:** The iShares Russell 1000 Value ETF (IWD) is managed by **BlackRock Fund Advisors**.

- **Custodian & Administrator:** While some iShares ETFs use Citibank as their administrator, custodian, and transfer agent, **according to Reuters**, BlackRock (the parent company of iShares) has diversified its custody arrangements across several institutions, including Citibank, JPMorgan, BNY Mellon and State Street. 🔗



Security: SPDR S&P 500 ETF is
~~Vanguard~~ Morgan Stanley

AAPL / Apple Inc.

AMZN / Amazon.com, Inc.

META / Meta Platforms, Inc.

AVGO / Broadcom Inc.

GOOGL / Alphabet Inc.

BRK.B / Berkshire Hathaway Inc.

TSLA / Tesla, Inc.

GOOG / Alphabet Inc.

AGG / iShares Trust - iShares Core U.S. Aggregate Bond ETF

JPM / JPMorgan Chase & Co.

VCLT / Vanguard Scottsdale Funds - Vanguard Long-Term Corporate Bond ETF

USHY / iShares Trust - iShares Broad USD High Yield Corporate Bond ETF

LLY / Eli Lilly and Company

V / Visa Inc.

IEFA / iShares Trust - iShares Core MSCI EAFE ETF

XOM / Exxon Mobil Corporation

MA / Mastercard Incorporated

COST / Costco Wholesale Corporation

WMT / Walmart Inc.

We value your privacy

≡  Morgan Stanley

文A 45 languages ⌄

Article  Talk

Read  Edit  View history  Tools ⌄

From Wikipedia, the free encyclopedia

*Not to be confused with Stanley Morgan.*

**Morgan Stanley**[4] is an American multinational investment bank and financial services company headquartered at 1585 Broadway in Midtown Manhattan, New York City. With offices in 42 countries and more than 80,000 employees, the firm's clients include corporations, governments, institutions, and individuals.[2][4] Morgan Stanley ranked No. 61 in the 2023 Fortune 500 list of the largest United States corporations by total revenue[5] and in the same year ranked No. 30 in Forbes Global 2000.[6]

The original Morgan Stanley, formed by J.P. Morgan & Co. partners Henry Sturgis Morgan (a grandson of J.P. Morgan), Harold Stanley, and others, came into existence on September 16, 1935, in response to the Glass–Steagall Act, which required the splitting of American commercial and investment banking businesses.[7] In its first year, the company operated with a 24% market share (US$1.1 billion) in public offerings and private placements.

The current Morgan Stanley is the result of the merger of the original Morgan Stanley with Dean Witter Discover & Co. in 1997.[7] Dean Witter's chairman and CEO, Philip J. Purcell, became the chairman and CEO of the newly merged "Morgan Stanley Dean Witter Discover & Co."[8][9] The new firm changed its name back to "Morgan Stanley" in 2001.[10][11][12] The main areas of business for the firm today are institutional securities, wealth management and investment management. The bank is considered systemically important by the Financial Stability Board.

The company operates in three business segments: Institutional Securities, Wealth Management, and Investment Management.[2]

**History** [edit]

**Morgan Stanley**



Headquarters at 1585 Broadway

| | |
|---|---|
| **Company type** | Public |
| **Traded as** | NYSE: MS ↗ |
| | S&P 100 component |
| | S&P 500 component |



10:22

■ northelmst.larger.com

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

**12**





principal amount of 3,200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

*Exh. I pg. 1*

**Exh.I pg.1**

Nominee Report I U.S. Office of Government Ethics; 5 C.F.R. part 2634 I Form Approved: OMB No. (3209-0001) (Updated Nov. 2021)

## Executive Branch Personnel
## Public Financial Disclosure Report (OGE Form 278e)

### Filer's Information

LaPointe, Markenzy   **$2,000,615 Criminal Conflict of Interest with U.S. BANK**

United States Attorney, Southern District of Florida, Department of Justice - Executive Office for United States Attorneys

Other Federal Government Positions Held During the Preceding 12 Months:
None

Names of Congressional Committees Considering Nomination:
* Committee on the Judiciary

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

/s/ LaPointe, Markenzy [electronically signed on 06/30/2022 by LaPointe, Markenzy in Integrity.gov]

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below).

/s/ Gary, Arthur E, Certifying Official [electronically signed on 09/22/2022 by Gary, Arthur E in Integrity.gov]

Other review conducted by
/s/ Macklin, Jay, Ethics Official [electronically signed on 09/19/2022 by Macklin, Jay in Integrity.gov]

Case 1:24-cr-20456-RAR   Document 114   Entered on FLSD Docket 08/19/2025   Page 34 of 160

# Exh.I pg.2

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|---|---|
| 2.1 | FID GOVT MMKT K6 (FNBXX) | Yes | $250,001 - $500,000 | | None (or less than $201) |
| 3 | Markenzy Lapointe, P.A. - Miami, Florida | No | | | |
| 3.1 | Pillsbury Winthrop Shaw Pittman LLP | N/A | | Partnership income | $905,176 |
| 3.2 | Pillsbury Winthrop Shaw Pittman LLP, capital account | N/A | $15,001 - $50,000 | | None (or less than $201) |
| 3.3 | U.S. bank (cash) | N/A | $250,001 - $500,000 | | None (or less ← from U.S. Bank than $201) |
| 3.4 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Partnership Share | N/A | $50,001 - $100,000 | | None (or less than $201) |
| 3.5 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Discretionary Bonus | N/A | $50,001 - $100,000 | | None (or less than $201) |

## 3. Filer's Employment Agreements and Arrangements

| # | EMPLOYER OR PARTY | CITY, STATE | STATUS AND TERMS | DATE |
|---|---|---|---|---|
| 1 | Markenzy Lapointe, P.A. | Miami, Florida | Upon receiving the final payment from the firm, Markenzy Lapointe, P.A., my Professional Association (P.A.) will be inactive. | 8/2017 |
| 2 | Boies Schiller Flexner LLP | Miami, Florida | I will continue to participate in this defined contribution plan. The plan sponsor ceased making contributions upon my separation. | 7/2006 |
| 3 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Texas | I will continue to participate in this defined contribution plan. The plan sponsor will not make further contributions after my separation. | 8/2017 |
| 4 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Florida | I will be eligible to receive a bonus at the discretion of the firm management committee. If I am still employed by the firm at the time it is awarded and paid. If I am awarded a bonus, I will receive it by April of 2023. | 8/2017 |